UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| GE LIGHTING SOLUTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> LIGHTS OF AMERICA, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:12-cv-3131 <br><br> JUDGE POLSTER <br><br> **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(f)** |

Michael H. Jacobs, one of the attorneys for Plaintiff GE Lighting Solutions, LLC, certifies the following:

1. I am an attorney of record for GE Lighting Solutions, LLC in the matter of *GE Lighting Solutions, LLC v. Lights of America, Inc.*, Case No. 1:12-cv-3131, pending before the United States District Court for the Northern District of Ohio.

2. Pursuant to Local Rule 7.1(f), memoranda relating to dispositive motions (standard track) shall not exceed 20 pages in length.

3. GE Lighting Solutions, LLC's *Motion to Dismiss Counterclaims and Strike Affirmative Defenses* adheres to the standard track page limitation and does not exceed 20 pages in length.

Respectfully submitted,

By: /s/ Michael H. Jacobs
Michael J. Songer (*pro hac vice*)
Michael H. Jacobs (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500 (phone)

(202) 628-5116 (fax)
msonger@crowell.com
mjacobs@crowell.com

Barry Y. Freeman (0062040)
BUCKINGHAM, DOOLITTLE &
BURROUGHS, LLP
One Cleveland Center
1375 East Ninth Street, Suite 1700
Cleveland, OH 44114
Telephone: 216.736.4223
Facsimile: 216.615.3023
bfreeman@bdblaw.com

*Attorneys for Plaintiff*
*GE Lighting Solutions, LLC*

**CERTIFICATE OF SERVICE**

I certify that on March 11, 2013, a copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ Michael H. Jacobs
Michael H. Jacobs