IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GE LIGHTING SOLUTIONS, LLC | ) |
| Plaintiff, | ) C.A. No. 1:12-cv-03131 |
| | ) -03134 |
| v. | ) -03136 |
| LIGHTS OF AMERICA, INC. (3131) | ) **JUDGE DAN A. POLSTER** |
| FEIT ELECTRIC COMPANY (3134) | ) |
| MSI, LLC (3136) | ) |
| Defendants. | ) |

**DECLARATION IN SUPPORT OF DEFENDANTS LIGHTS OF AMERICA, INC., FEIT ELECTRIC COMPANY, INC., AND MSI, LLC'S OPENING CLAIM CONSTRUCTIONS BRIEF**

I, M. Curt Lambert, declare as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein, and declare that each of them is true and correct.

2. I am an attorney with Novak Druce Connolly Bove + Quigg LLP and my office address is 1007 North Orange Street, Wilmington, Delaware 19899.

3. Attached hereto as Exhibit A is a true and accurate copy of U.S. Patent No. 4,267,559 to Johnson et al. for "Low Thermal Impedance Light-Emitting Diode Package" issued May 12, 1981

4. Attached hereto as Exhibit B is a true and accurate copy of U.S. Patent No. 6,161,910 to Reisenauer et al.

5. Attached hereto as Exhibit C is a true and accurate copy of U.S. Patent No. 3,275,874 to Jennings.

6. Attached hereto as Exhibit D is a true and accurate copy of U.S. Patent No. 4,733,335 to Serizewa et al.

7. Attached hereto as Exhibit E is a true and accurate copy of an article by Dave S. Steinberg entitled *Cooling Techniques for Electronic Equipment* (John Wiley & Sons, Inc. 1980).

8. Attached hereto as Exhibit F is a true and accurate copy of the 06/06/03 Amendment for the '864 patent.

9. Attached hereto as Exhibit G is a true and accurate copy of the 06/02/04 Notice of Allowance for the '864 patent.

10. Attached hereto as Exhibit H is a true and accurate copy of the 03/22/04 Amendment for the '864 patent.

11. Attached hereto as Exhibit I is a true and accurate copy of the 03/24/04 Amendment for the '999 patent.

12. Attached hereto as Exhibit J is a true and accurate copy of excerpts from *Webster's Third New International Dictionary* (2002).

13. Attached hereto as Exhibit K is a true and accurate copy of the 02/04/03 Office Action for the '864 patent.

14. Attached hereto as Exhibit L is a true and accurate copy of the 12/19/03 Office Action for the '864 patent.

15. Attached hereto as Exhibit M is a true and accurate copy of excerpts from *Webster's New Collegiate Dictionary* (1974).

16. Attached hereto as Exhibit N is a true and accurate copy of the 05/24/04 Examiner Interview Summary Record for the '864 patent.

17. Attached hereto as Exhibit O is a true and accurate copy of excerpts from *Webster's New World Dictionary of the American Language*, Second College Edition (1982).

18. Attached hereto as Exhibit P is a true and accurate copy of excerpts from *Merriam-Webster's Collegiate Dictionary* 10th ed. (1995).

19. Attached hereto as Exhibit Q is a true and accurate copy of excerpts from *Fundamentals of Classic Thermodynamics* (4th ed. 1994).

20. Attached hereto as Exhibit R is a true and accurate copy of excerpts from *Heat Transfer – A Basic Approach* (1985).

21. Attached hereto as Exhibit S is a true and accurate copy of excerpts from *McGraw-Hill Dictionary of Scientific and Tech. Terms* (4th ed., 1989).

22. Attached hereto as Exhibit T is a true and accurate copy of UK Patent Application No. GB 2323434 to Shaw.

23. Attached hereto as Exhibit U is a true and accurate copy of U.S. Patent Application Publication No. 2001/0030866.

24. Attached hereto as Exhibit V is a true and accurate copy of U.S. Patent No. 6,414,801 to Roller.

25. Attached hereto as Exhibit W is a true and accurate copy of the 12/22/03 Non-Final Office Action for the '999 patent.

26. Attached hereto as Exhibit X is a true and accurate copy of U.S. Patent Application Publication No. 2003/0117797.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  This Declaration is executed this 13th day of December, 2013.

/s/ M. Curt Lambert
M. Curt Lambert
(admitted *pro hac vice* in 1:12-cv-03136)
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware 19801
302-658-9141
curt.lambert@novakdruce.com

*Attorneys for Defendant MSI, LLC*
Case No. 1:12-cv-03136

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2013, the attached document was served upon the following via electronic mail:

| | |
|---|---|
| Michael H. Jacobs (*pro hac vice*) | Barry Y. Freeman |
| Michael J. Songer (*pro hac vice*) | BUCKINGHAM, DOOLITTLE & BURROUGHS |
| Vincent J. Galluzzo (*pro hac vice*) | One Cleveland Center, Suite 1700 |
| CROWELL & MORING | 1375 East Ninth Street |
| 1001 Pennsylvania Avenue, NW | Cleveland, OH 44114 |
| Washington, DC 20004 | T: 216.736.4223 |
| T: 202.624.2500 | F: 216.615.3023 |
| F: 202.628.5116 | bfreeman@bdblaw.com |
| mjacobs@crowell.com | |
| msonger@crowell.com | |
| vgalluzzo@crowell.com | |

                                                      */s/ M. Curt Lambert*