# EXHIBIT

# J

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

MSI00002459



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
        p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries. I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5152535455QKY05040302

Preface . . . . . . . .
Editorial Staff . . .
Outside Consultan
Explanatory Char
Explanatory Note
Divisions in Bold
Spelling . . . . . . . . .
Plurals . . . . . . . . .
Capitalization . . . .
Italicization . . . .

cgs electromagne
*Afro-Asiatic* lang
*alphabet* table . . .
*anthracite* coal si
*architecture* . . . . .
common *area* fo
Beaufort scale . .
ship's *bells* . . . .
*book* sizes . . . . .
*Braille* alphabet
*constellations* . .
chief *crusades* . .
principal ocean
executive U.S. *a*
*dye* tables I and
*Easter* dates . . .
chemical *elemen*
four syllogistic
principal railroa
common shotgu
*geologic* time an
*gestation* period
*glacial* epochs .
*incubation* perio
*Indo-European*
*measures* and w

Color:
    Two plates
Constellations
Constellations

MSI00002460

Case: 1:12-cv-03131-DAP  Doc #: 34-10  Filed: 12/13/13  4 of 5.  PageID #: 487

*dis-suad-er* ... : one that dissuades from a course of action

*dis-sua-sion* ... : the act of dissuading : exhortation against some action

*dis-sua-sive* ... : tending to dissuade

*dis-sua-sive-ness* ...

*dis-suasive* ... *n* : a dissuasive argument, treatise, or exhortation

*dissyllabic* ...

*dis-syllable* ...

*dis-symmetrical* ... *adj* : characterized by dissymmetry — *dis-symmetrically*

*dis-symmetry* ...

*dist-* or *disto-* or *disti- comb form* ...

*dist able* ... : *distance* ...

*dis-tad* ... *adv* ...

*dis-taff* ... *n* ...

*distaff* ... *adj* : of or relating to a woman : FEMALE ...

*distaff side* ...

*dis-tain* ...

*dis-tal* ... *adj* ...

*dis-tal-ly* ...

*dis-tal-ly* ... *adv* ...

*dis-tance* ... *n* ...

*distance* ... *vt* ...

*distance ring* ...

*distance piece* ...

*distance receptor* ...

*distance running* ...

*distant* ... *adj* ...

*distant signal* ...

*dis-taste* ...

*dis-taste-ful* ...

*dis-tem-per* ... *vt* ...

*dis-tem-per* ... *n* ...

*dis-tem-per* ... *n* ... : DISTEMPERATURE

*dis-tem-per-a-ture* ...

*dis-tend* ... *vb* ...

*dis-ten-si-ble* ...

*dis-ten-si-bil-i-ty* ...

*dis-ten-sion* or *dis-ten-tion* ...

*dis-tich* ...

*dis-ti-chal* ...

*dis-ti-chous* ...

*dis-tichous-ly* ...

*dis-til* or *dis-till* ... *vb* ...

*dis-til-late* ...

*dis-til-la-tion* ...

*dis-til-la-to-ry* ...

*dis-tiller* ...

*dis-tillery* ...

*dis-till-ing* ...

*distillers' grains** *n pl* : the residue from the manufacture of

the linear inch and 6 lines to the

ting to, or constituting an elite ⟨seek- ⟨it cannot . . . be argued that the ~ arily a dictatorship —F.G.Wilson⟩ ng the ~ theory —G.A.Wagner⟩ ⟨~ UPERIOR, SELECT ⟨it places easily in il fiction —Edmund Fuller⟩ ⟨an ~ officers are dressed in most ~ uni- & P.E.Green⟩
tock of pure selected seed of a certain

-\ n -s 1 : belief in and advocacy of elite ⟨in other recent writers . . . one d a similar concern with . . . strong nan⟩; also : leadership or rule by an d . . . with being undemocratic, or, —Cormac Philip⟩ 2 : consciousness the elite ⟨they escape the ~ which is inistrative class in the national gov- ⟨the new liberalism enjoyed its taste w —Louis Filler⟩
n -s [elite + -ist] 1 : one who is an few may rule for the logical reason ome ~s maintain —C.E.Merriam⟩ himself as a member of an elite ⟨he himself better than Americans from lation —Louis Filler⟩
ating to elitism : characterized by or is a good deal of ~ thinking among riedrich⟩ ⟨these new ~ and totali- lson⟩
-ING/-S [L elixatus, past part. of ghly boiled, fr. e- + -lixus (fr. lixa UID] archaic : BOIL, SEETHE
n -s [L elixatus + E -ion] archaic seething
[ME elixir, elixer, fr. ML elixir, fr. al the + iksir elixir, prob. fr. Gk r, fr. xēros dry — more at SERENE] p. in the middle ages to be capable to gold; also : a substance or con- le of prolonging life indefinitely — ixir of life b : CURE-ALL, PANACEA aded that it is a panacea, an ~, —Glenway Wescott⟩ c archaic : a d (1) : the quintessence of a thing nciple ⟨injected one way or another e poet's dominant attitudes —Allen something (as an experience or idea) one, invigorating or filling with ex- the distant sound of music . . . the irts . . . was like a strong ~ —Victor ork on American colonials . . . they lities and believed they were alive nne Koch⟩ 2 : any of a class of arations that contain variable per- are used either for their medicinal ions for their flavoring quality
lixir + -ate] obs : DISTILL, PURIFY
-ēk-, rapid 'li-\ adj, usu cap [fr. Eliz- the city of Elizabeth, N.J. ⟨Eliza- ind or style prevalent in Elizabeth
hən, ē- sometimes -beth-\ adj, usu leen of England + E -an] 1 a : of beth I or her reign ⟨the Elizabethan b : of or relating to the Elizabe- s its literature⟩ ⟨studies of Elizabe- ker⟩ ⟨Elizabethan sea power⟩ ⟨an zabethan climate of opinion⟩ c : of omen's clothing characterized esp. d standing collars 2 [Elizabeth II + E -an] : of or relating to Queen

cap : an Englishman of the age of Elizabethan poet or dramatist ⟨the zbethans —George Steiner⟩
cap E : a broad circle of stiff card- aced about the neck of a cat or dog or biting an injured part
p E 1 : an early Renaissance archi- udor and Italian features, common of Elizabeth's reign, and charac- s, long galleries, tall decorated of ornamental strapwork 2 : the ure esp. as developed in the Eliza- by massive structure and elaborate

elks [ME, prob. fr. OE eolh; akin , Gk elaphos deer, OIr elit roe deer, e of a species of antelope] 1 pl usu deer (Alces alces) of Europe and of No. America but not so large andinavia, Germany, Russia, and y of various large Asiatic deer (as ned rugged cattlehide leather used es — called also smoked elk 3 pl of one of the major benevolent and 2
n] dial Eng : a wild goose or swan MAGNOLIA
'sä,ït, -'sī,īt\ n -s usu cap [Elkesai, 2d or 3d cent. work of religious in- mber of an Ebionite sect in whose y played a conspicuous role
AGHORN FERN; esp : the Australian alcicorne)
EGIAN ELKHOUND
: brown alga of the genus Pelag- s) sometimes reaching a length of acterized by blades that are split, somewhat like a tree in shape

: a marsh marigold (Caltha rotundi- U.S.

WOOD 2 a : the soft wood of the petala) b : UMBRELLA TREE
n, elle, fr. OE eln; akin to OHG forearm, ell, Goth aleina, L ulna lbow, Skt âṇi linchpin, part of the nee] 1 : an English unit of length inches but no longer used 2 : any imilar in use to the English ell (as nit of about 27 inches, the Scotch he modern unit of the Netherlands T
n extension at right angles to the 3 : an elbow in a pipe or conduit llae or -ellas [L — more at -EL] often in generic names ⟨Capsella⟩ 3 : little one belonging to ⟨Moluc-

Nisqualli] : a freshwater tortoise alifornia used as food
n [F ellagique, fr. ellag (anagram -ic — more at GALL (excrescence)] lactone $C_{14}H_6O_8$ obtained from d many tannins and made by oxi-

\ n [ISV ellagic + tannin] : a s tanning extracts (as those from d yielding ellagic acid on hydroly-

nknown] : RED GURNARD 1
LDER
\n -s [Reuben B. Ellestad ite] : a variety of apatite Ca- containing silicon, carbon, and e phosphorus

**el·liot's pheasant** \'elēəts-, -lyəts-\ n, usu cap E [prob. after Daniel G. Elliot †1915 Am. zoologist] : a large brilliantly colored barred pheasant (Syrmaticus ellioti) native to southeastern China where it is highly regarded as a game bird and extensively bred elsewhere as an ornamental
**el·lipse** \ə'lips, e'-, ē'-\ n -s [alter. of ellipsis] 1 : an elongated circle : a regular oval; specif : a closed plane curve generated by a point so moving that its distance from a fixed point divided by its distance from a fixed line is a positive constant less than 1 2 : ELLIPSIS

ellipse 1: F, F′ foci; P, P′, P″ any point on the curve; FP + PF′ = FP″ + P″F′ = FP′ + P′F′

**el·lip·sis** \-psəs\ n, pl **el·lip·ses** \-p,sēz\ [Gk elleipsis, lit., condition of falling short, defect, fr. elleipein to leave in, leave out, fall short (fr. el- — fr. en in — + leipein to leave) + -sis — more at IN, LOAN] 1 : ELLIPSE 2 [L, fr. Gk elleipsis] a (1) : omission of a word or words that are obviously understood but must be supplied to make a construction grammatically complete (as in "all had turned out as expected" for "all had turned out as had been expected") ⟨fine examples of Shakespearean compression and ~ —F.R.Leavis⟩ ⟨a writer . . . whose very syntax is warm with the ~ of spoken speech —Richard Phelps⟩ ⟨uses ~ for poetic and comic effects —Times Lit. Supp.⟩ (2) : an instance of such omission : a grammatical construction marked by ellipsis ⟨the poem's striking ellipses offer no impediment to the reader's ear⟩ ⟨a crisp spare style abounding in ellipses⟩ (3) : the practice or use of ellipsis ⟨a writer much given to ~⟩ b : omission of an element (as from a train of thought or a speech) either fortuitously or for artistic effect : a leap or sudden passage without logical connectives, from one topic to another ⟨a complicated recital . . . full of grunts and ellipses —Hamilton Basso⟩ ⟨~ of both syntax and sense —Robert Browning⟩ 3 : marks or a mark (as . . . or * * * or —) showing omission of letters, words, or other material — compare SUSPENSION PERIODS
**el·lip·so·graph** \-psə,graf, -âf\ n [ellipse + -o- + -graph] : an instrument used for drawing ellipses
**el·lip·soid** \-p,sȯid\ n -s [F ellipsoïde, fr. ellipse + -oïde -oid] : a surface all plane sections of which are ellipses or circles; also : the corresponding solid

ellipsoid

**el·lip·soi·dal** \ə,lip'sȯid°l, e,-, ē,-; (')e(,)lip-'s-\ adj 1 : resembling an ellipsoid 2 : having a shape like a round pillow ⟨~ used esp. of lava
**ellipsoidal spotlight** n : a spotlight used in theatrical lighting that contains an ellipsoidal reflector and that is particularly designed for long throws and is more efficient than conventional spotlights, reflecting rays that others waste
**ellipsoid of revolution** math : a figure generated by the revolution of an ellipse about one of its axes : SPHEROID
**el·lip·som·e·ter** \ə,lip'sämәd·ə(r), e,-, ē,-, ,e(,)-\ n [ellipse + -o- + -meter] : a polarimeter designed esp. for determining the ellipticity of polarized light
**el·lip·tic** \ə'liptik, (')e'l-, ē'l-, -tēk\ or **el·lip·ti·cal** \-tәkәl\ adj [Gk elleiptikos defective, elliptic (grammatical sense), fr. (assumed) elleiptos (verbal of elleipein to leave out, fall short) + -ikos -ic, -ical — more at ELLIPSIS] 1 : of, relating to, or shaped like an ellipse ⟨an ~ mirror⟩ ⟨an ~ orbit⟩ — see LEAF illustration 2 a (1) : of, relating to, or marked by grammatical ellipsis ⟨the clause of comparison is often elliptical —G.O. Curme⟩ (2) : of or relating to a statement that is grammatically complete but lacks an element needed to assert a definite proposition ("the car moves now" is elliptical for "the car moves now relatively to the earth" —Arthur Pap⟩ (3) : of or relating to a mark showing omission (as of words) ⟨many authors use brief phrases, separated by three elliptical dots —L.E.Bowling⟩ b (1) : of, relating to, or marked by a manner of speech or writing characterized by extreme economy of expression or omission of superfluous elements : SUMMARY, BRIEF, CONCISE, CONDENSED ⟨the author in her elliptical four-page introduction —B.S.Myers⟩ ⟨concise, even elliptical to the verge of obscurity —H.O.Taylor⟩ ⟨listened to them talk, in tight, exclusive groups, with their own peculiar, elliptical language —Irwin Shaw⟩ (2) : of, relating to, or marked by a literary style that cultivates a studied obscurity for artistic effect : ENIGMATIC, CRYPTIC, OBLIQUE, OBSCURE ⟨the dialogue between them is stately, ~, and full of dark hints of the metaphysical —Wolcott Gibbs⟩
**elliptical galaxy** n : a galaxy of a generally elliptical shape, from round to lenticular, differing chiefly from other types in having no apparent internal structure or spiral arms — called also spheroidal galaxy
**el·lip·ti·cal·ly** \-tәk(ə)lē, -tēk-, -li\ adv 1 : in an elliptic manner : in the shape or manner of an ellipse ⟨moves ~ about its orbit⟩ 2 a : with omission of an element (as one needed to complete a train of thought or speech) : without transition or logical connectives : CRYPTICALLY, ENIGMATICALLY ⟨one might go ~ . . . from talk of toothache to talk of ships storm-tossed at sea —K.D.Burke⟩ b : with great economy of expression : CONCISELY ⟨this whole earlier empire-building clan . . . is described so eloquently and so ~ —M.D.Geismar⟩ c : in a passing or tangential way ⟨even in the pieces upon which he impinges most ~ —Richard Watts⟩
**el·lip·ti·cal·ness** \-kәlnәs\ n -ES : the quality or state of being elliptical
**elliptical projection** n : a map of the earth's surface upon the interior of an ellipse
**elliptical stern** n : an overhanging ship's stern in which the part above the knuckle line (as the bulwark) is of conical form with a rake aft
**elliptic arch** n : an arch whose intrados is or approximates an ellipse
**elliptic compass** n : ELLIPSOGRAPH
**elliptic gear** n : a change gear consisting of a pair of equal gear wheels which are elliptical in shape and each of which rotates around one of its foci
**elliptic geometry** n : geometry that adopts all of Euclid's axioms except the parallel axiom which is replaced by the axiom that through a point in a plane there pass no lines that do not intersect a given line in the plane

elliptic arch

**elliptic integral** n : the integral as to x of a function rational in x and the square root of a polynomial of third or fourth degree in x
**el·lip·tic·i·ty** \ə,lip'tisәd·ē, e,-, ē,-, ,e(,)-\ n -ES 1 : deviation of an ellipse or a spheroid from the form of a circle or a sphere 2 : the difference between the equatorial and polar semidiameters, divided by the equatorial or occas. by the polar — used esp. in ref. to the figure of the earth ⟨the ~ of the earth is approximately 1/300⟩
**elliptic-lanceolate** adj, bot : intermediate between elliptic and lanceolate
**elliptic spring** or **elliptical spring** n : a spring composed of laminated steel plates and having an elliptical shape

elliptic springs: 1 half elliptic, 2 elliptic

**el·lip·to·cyte** \ə'liptə,sīt, e'-, ē'-\ n -s [ISV elliptic + -o- + -cyte] : an elliptical red blood cell : OVALOCYTE
**el·lip·to·cy·to·sis** \-,-,-,sī'tōsәs\ n, pl **elliptocyto·ses** \-ō,sēz\ [NL, fr. ISV elliptocyte + NL -osis] : OVALOCYTOSIS
**el·lo·bi·idae** \,elə'bīə,dē\ n pl, cap [NL, fr. Ellobium, type genus + -idae] : a family of pulmonate snails that have a conoidal shell with a strongly toothed ear-shaped aperture and that are widely distributed in salt marshes chiefly along tropical and subtropical shores
**el·lo·bi·um** \ə'lōbēəm, e'-\ n, cap [NL, fr. Gk ellobion that which is in the lobe of the ear, earring, fr. el- (fr. en in) + lobos lobe + -ion (dim. suffix) — more at IN, LOBE] : the type genus of Ellobiidae
**el·lops** \'e,läps\ n, pl **ellops** or **ellopses** [Gk ellops, elops, a fish — more at ELOPS] : ELOPS
**ells** pl of ELL
**ellul** usu cap, var of ELUL
**ell·wand** \'elwən(d)\ n [ME elenwand, elle wande, el wande, fr. eln, ellen, elle ell + wand — more at ELL] Scot : a measuring rod one ell long
**elm** \'elm, 'eüm, dial or substand 'eləm\ n -s often attrib [ME, fr. OE; akin to OHG elme, elm elm, ON almr, L ulmus, MIr lem elm, and perh. to L alnus alder — more at ALDER] 1 a : a tree of the genus Ulmus — see ROCK ELM, SIBERIAN ELM, SLIPPERY ELM — see TREE illustration b : the hard tough wood of this tree used extensively for implements, furniture, and barrel hoops 2 : any of various chiefly Australian and West Indian trees or shrubs having foliage resembling that of members of the genus Ulmus
**el man·su·ra** \,el,man'sürə\ adj, usu cap E&M [fr. El Mansura, Egypt] : of or from the city of El Mansura, Egypt : of the kind or style prevalent in El Mansura
**elm bark** n : SLIPPERY ELM 1c
**elm bark beetle** n : either of two beetles that are vectors of the fungus which causes Dutch elm disease: a : a native beetle (Hylurgopinus rufipes) of eastern No. America b : a smaller European beetle (Scolytus multistriatus) that has become established in the same part of the New World
**elm blight** n : DUTCH ELM DISEASE
**elm borer** n : any of several beetles having larvae that bore into the elm; esp : a rather large hairy longicorn beetle (Saperda tridentata) of the eastern U.S.
**elm calligrapha** n : a coppery green and yellow calligrapha (Calligrapha scalaris) that often feeds on the foliage of elm
**elm·en** \'elmən\ adj [ME elmyn, fr. elm + -yn -en] dial Eng : relating to or made of wood from an elm tree
**el·men·dorf test** \'elmən,dȯrf-\ n, usu cap E [after Armin Elmendorf b1890 Am. mechanical engineer, its inventor] : a standard test for the tearing strength of paper
**el·men·tei·tan** \,elmən-'tāt°n\ adj, usu cap [Elmenteita Lake, Kenya + E -an] : of or relating to an early Neolithic or Mesolithic culture of eastern Africa characterized by obsidian microliths
**elm family** n : ULMACEAE
**elm green** n : a moderate olive green that is slightly lighter than forest green (sense 2), yellower, lighter, and stronger than cypress, and greener and stronger than Lincoln green
**el·min·i·us** \el'minēəs\ n, cap [NL] : a genus of acorn barnacles native to the southern hemisphere but including one form (E. modestus) that has recently become established on the English coast where it is a pest of oyster beds
**el·mi·ra system** \el'mīrə-\ n, usu cap E [fr. Elmira, N.Y., where the system was adopted in a reformatory in 1876] : a system of penology based on the indeterminate sentence with possible commutation
**elm leaf beetle** n : a small orange-yellow black-striped Old World chrysomelid beetle (Pyrrhalta luteola) that is long established in eastern No. America and is both as adult and larva a leaf-eating pest on elm
**elm phloem necrosis** n : PHLOEM NECROSIS c
**elm sawfly** n : a large American sawfly (Cimbex americana) that has knobbed antennae, orange-tinged tarsi, black head and thorax with somewhat lighter, spotted abdomen, and smoke brown wings, and produces yellowish or greenish white larvae with a dorsal black stripe which are vigorous defoliators chiefly of elm and willow
**elm scale** or **elm scurfy scale** n : any of several scales that feed on elm trees; esp : a widely distributed scale (Chionaspis americana) of eastern No. America that feeds on elm and hackberry and has the female covered by a dull white scale often darkened anteriorly by secretion
**elm tea** n : an infusion prepared from slippery-elm bark that is used as a demulcent
**elm water** n 1 : a decoction of slippery-elm bark 2 : a watery exudation from the galls of the English elm
**elmy** \'elmē, 'eümē\ adj, sometimes -ER/-EST : characterized by or abounding in elms
**elocular** \(')ē+\ adj [e- + locular] : having but one cavity : not divided by a septum : lacking loculi
**el·o·cute** \'elə,kyüt\ vb -ED/-ING/-S [back-formation fr. elocution] : DECLAIM ⟨the senator ranted and elocuted but made little impression on the crowd⟩ ⟨a frail drama superbly acted, and excellently elocuted —N.Y. Times⟩
**el·o·cu·tion** \,elə'kyüshən\ n -s [ME elocucioun, fr. L elocution-, elocutio, fr. elocutus (past part. of eloqui to speak out, orate) + -ion-, -io -ion — more at ELOQUENT] 1 archaic a : literary style or expression b : impressive writing or style : ELOQUENCE ⟨to express these thoughts with ~ —John Dryden⟩ 2 a : oratorical, dramatic, or expressive oral delivery ⟨an expert user of ~⟩ b : style or manner of speaking ⟨clear concise ~⟩; sometimes : an affected or overembellished style or manner of speaking 3 : the art of oratorical or expressive public speaking
**el·o·cu·tion·ary** \-shə,nerē, -ri\ adj : of, relating to, or exhibiting elocution ⟨~ recitals⟩ ⟨an ~ Oxonian delivery —E.R.Bentley⟩
**el·o·cu·tion·ist** \-sh(ə)nəst\ n -s : a person adept in elocution: as a : a teacher of elocution b : a professional reciter or reader
**elo·dea** \ə'lōdēə, ,elə'dēə\ n [NL, irreg. fr. Gk helōdēs marshy — more at HELODES] 1 cap : a small genus of submerged aquatic herbs (family Hydrocharitaceae) that are native to No. and So. America and that have leafy stems and small dioecious or polygamous flowers arising from a 2-cleft spathe — see WATERWEED 2 -s : any plant of the genus Elodea
**eloge** \ā'lōzh, ālȯȯzh\ n, pl **elog·es** \-ōzhəz,-ȯȯzh\ [MF, fr. ML elogium (influenced in meaning by ML eulogium eulogy), fr. L, maxim, saying, inscription on a tombstone, prob. by folk etymology (influence of L e- and Gk logos word) fr. Gk elegeion elegy — more at EULOGY, LOGIC, ELEGY] 1 archaic : ENCOMIUM, EULOGY 2 : a panegyrical funeral oration
**el·o·gy** \'elōjē, -ləjē\ also **elo·gium** \ə'lōj(ē)əm, ē'-,e'-\ n, pl **elogies** also **elogiums** [in sense 1, fr. L elogium; in sense 2 & 3, fr. ML elogium] 1 obs : an inscription esp. on a tombstone 2 archaic : a characterization or biographical sketch esp. in praise 3 obs : a funeral oration
**elo·him** \,elō'hēm, -lō'-, -'him; e'lō,him, ə'-\ n [Heb ĕlōhīm, pl. of ĕlōah god] 1 cap : God esp. as conceived of in the Old Testament or in those Old Testament passages where he is designated in the Hebrew text by the word ĕlōhīm 2 **elohim** pl, usu cap : local or minor divinities of the ancient Canaanites and Hebrews
**el·o·him·ic** \,elō'himik\ adj, cap : ELOHISTIC 2
**elo·hism** \'elō,hizəm, -lȯ,-; e'lō,-, ə'-\ n -s cap : the religion and worship of Elohim — compare YAHWISM
[1]**elo·hist** \-,(h)əst\ n -s usu cap [elohim + -ist] 1 : an author of an Elohistic document 2 archaic : a priestly writer
[2]**elohist** \"\ adj, usu cap : ELOHISTIC
**el·o·his·tic** \,elō'histik\ adj, usu cap 1 : of, relating to, or characteristic of one of the supposed ancient biblical sources ⟨Elohistic document⟩ 2 : characterized by use in Hebrew of the word ĕlōhīm rather than yahweh as a designation of God ⟨Psalms 42–83, the Elohistic Psalter⟩ 3 : of, or characteristic of, or characterized by worship of God as Elohim rather than as Yahweh
**eloign** \ə'lȯin, ē'-\ vt -ED/-ING/-S [ME eloynen, esloignen, fr. MF esloigner, fr. OF esloignier, fr. es- (fr. L ex-) + loing far, fr. L longe long, far, adv. fr. longus long — more at LONG] 1 archaic : to take (oneself) far away 2 archaic a : to convey to a distance or beyond a legal jurisdiction b : CONCEAL ⟨~ goods liable to distress⟩
**Elon** \'ē,län, -'-\ trademark — used for a white soluble powder used as a photographic developer
[1]**elon·gate** \ē'lȯŋ,gāt, ə'- also -läŋ- sometimes 'ē,-,-; usu -ād·+V\ vb -ED/-ING/-S [LL elongatus, past part. of elongare, fr. L e- + longus long] vt : to increase the length of : stretch out : LENGTHEN ⟨he elongated his face as he heard their story⟩ ⟨the British elongating their defense program —Economist⟩ ~ vi : to grow in length : LENGTHEN — used esp. of plants and their parts ⟨rapidly elongating internodes⟩ syn see EXTEND
[2]**elongate** \"\ adj [LL elongatus, past part.] : stretched out : LENGTHENED; esp : having a form notably long in comparison to its width ⟨an ~ tail that tapers to a point —R.E.Coker⟩
[3]**elongate** \"\ vi -ED/-ING/-S [LL elongatus, past part. of elongare, fr. L e- + longe far — more at ELOIGN] 1 archaic : to go away : DEPART, RECEDE 2 archaic, of a celestial body : to appear to recede from its primary or from a particular point in the sky — compare ELONGATION
**elongated** adj : ELONGATE
**elongate nut shell** n : BEAKED COCKLE
[1]**elon·ga·tion** \(,)ē,lȯŋ'gāshən, ə,- also -läŋ-\ n -s [ME elongacioun, fr. ML elongation-, elongatio, fr. LL elongatus (past part. of elongare to withdraw) + L -ion-, -io -ion] 1 a : the angular distance of a celestial body from another around which it revolves or from a particular point in the sky ⟨the ~ of a planet from the sun⟩ ⟨the ~ of an eclipsing variable⟩ — see GREATEST ELONGATION b : the daily extreme east or west position of a star with reference to the north celestial pole ⟨the ~s of the North Star⟩ 2 obs : removal to a distance : REMOTENESS
[2]**elongation** \"\ n -s [[1]elongate + -ion] 1 a : a lengthening or state of being lengthened : PROTRACTION, EXTENSION ⟨the ~ of a muscle under tension⟩ ⟨~ of the apex of a plant⟩ b : the total deformation in the direction of load or per unit of length caused by a tensile force; sometimes : the maximum permanent stretch per unit of original length induced in a body by a force that causes it to break 2 : something that is elongated : PROLONGATION, CONTINUATION ⟨the arm may be considered a specialized ~ of the earlier fin⟩
**elongato-** comb form [elongate + -o-] : elongated and ⟨elongato-ovate⟩
**elope** \ə'lōp, ē'-\ vi -ED/-ING/-S [AF aloper, perh. fr. a- (fr. OF es-, fr. L ex-) + MD lōpen to run; akin to OE hlēapan to leap, jump, run — more at LEAP] 1 a of a married woman : to run away from one's husband with a lover b of an unmarried woman : to run away from one's home with the unannounced intention of getting married ⟨she eloped with her second cousin and they were married in the next state⟩ c of two persons of opposite sex : to go away secretly with the intention of marrying or establishing a more or less permanent relation of cohabitation ⟨her mother wanted a big wedding but the young people decided to ~⟩ 2 : to run or slip away (as from a mental institution or training school) : ESCAPE, FLEE ⟨he eloped from his creditors⟩ — **elope·ment** \-pmənt\ n -s
**elop·er** \-pə(r)\ n -s : one that elopes
**elops** \'e,läps, 'ē,-\ n [L, fr. Gk ellops, elops, a fish; perh. akin to Gk lepis scale — more at LEPID-] 1 pl **elops** or **elopses** obs : a marine animal sometimes identified as the sturgeon; also : SEA SERPENT 2 cap [NL, fr. L] : a genus (the type of the family Elopidae) of fishes of the order Isospondyli that are related to the tarpons and contain the ten-pounder (E. saurus)
**el·o·quence** \'eləkwən(t)s sometimes -lēk- or -lik-\ n -s [ME, fr. MF, fr. L eloquentia, fr. eloquent-, eloquens + -ia -y] 1 a : discourse marked by force and persuasiveness suggesting strong feeling or deep sincerity; esp : discourse marked by apt and fluent diction and imaginative fervor ⟨the poetry of western nations is ~ in meter —George Santayana⟩ b : the art or power of using such discourse ⟨Plato's ~ and moral fervor —G.R.Morrow⟩ 2 : forceful or persuasive usu. oral expressiveness ⟨he convinces himself by the sheer ~ of his own voice —H.J.Laski⟩ ⟨the ~ of the photographs —Times Lit. Supp.⟩ 3 archaic : RHETORIC
**el·o·quent** \-nt\ adj [ME, fr. MF, fr. L eloquent-, eloquens, fr. pres. part. of eloqui to speak out, fr. e- + loqui to speak] 1 : adept at skilled easy pleasing communication of a thought, idea, or feeling usu. in a fluent, moving, vivid, or forceful manner ⟨but he was no Emerson, of the grave ~ voice, the noble presence —H.S.Canby⟩ 2 : clearly and forcefully indicative of some feeling, condition, or character ⟨that paternal pressure on his hand was ~ to him how warmly he was beloved —George Meredith⟩ ⟨a tremulous little man in greenish black broadcloth, ~ of continued depression in some village retail trade —A.T.Quiller-Couch⟩ syn see EXPRESSIVE, VOCAL
**el·o·quent·ly** adv [ME, fr. eloquent + -ly] : with eloquence : in an eloquent manner
**el·o·quent·ness** n -ES : the quality or state of being eloquent
**el·o·the·ri·um** \,elə'thirēəm\ [NL, irreg. fr. Gk helos marsh + NL -therium — more at HELODES] syn of ENTELODON
**elo·ti·llo** \,elō'tē(,)(y)ō\ n -s [MexSp, dim. of elote ear of green corn, fr. Nahuatl elotl] : SQUAWROOT 1
**el paso** \el'pa(,)sō\ adj, usu cap E&P [fr. El Paso, Texas] : of or from the city of El Paso, Texas : of the kind or style prevalent in El Paso
**el paso·an** \el'pasəwən\ n -s cap E&P [El Paso, Texas + E -an] : a native or resident of El Paso, Texas
**el·paso·lite** \el'pasō,līt\ n -s [El Paso co., Colo. + E -lite] : a mineral $K_2NaAlF_6$ consisting of sodium potassium aluminum fluoride
**el·pi·dite** \'elpə,dīt\ n -s [Sw elpidit, fr. Gk elpid-, elpis hope + Sw -it -ite; fr. the expectation of finding other minerals in the same locality — more at VOLUPTUOUS] : a mineral $Na_2ZrSi_6O_{15}.3H_2O$ consisting of a hydrated sodium zirconium silicate
**elritch** var of ELDRITCH
**els** pl of EL
**-els** pl of -EL
**el sal·va·dor** \el'salvə,dȯ(ə)r, (,)-,--'-\ adj, usu cap E&S [fr. El Salvador, republic of Central America] : of or from the Republic of El Salvador : of the kind or style prevalent in El Salvador : SALVADORAN
[1]**else** \'els, -lts\ adv [ME elles, fr. OE; akin to OHG elles otherwise, ON elligai otherwise, Goth aljis other, L alius other, alter other of two, Gk allos other, Arm ail other, OE eall all — more at ALL] 1 a : in a different manner ⟨how ~ could he act under the circumstances⟩ : in a different place ⟨here and nowhere ~⟩ : at a different time ⟨Friday isn't convenient for me so when ~ can we meet⟩ b : in an additional manner ⟨how ~ can buildings be heated⟩ : in an additional place ⟨where ~ is gold found⟩ : at an additional time ⟨Friday is convenient for one of the two weekly lessons but when ~ can we get together⟩ 2 a : if the facts are different : if the facts were different : if not : OTHERWISE — often preceded by or ⟨do what I tell you, or ~ you will be sorry⟩ and used absolutely without a following clause to express a threat of unspecified but presumably dire consequences ⟨do what I tell you or ~⟩ b : whether it is not so ⟨house, land, money are things obtainable . . . by clever headwork: ask my father ~ —Robert Browning⟩ c : apart from that : with the exception of that ⟨a tower of refuge built for the ~ forlorn —William Wordsworth⟩
[2]**else** \"\ adj [ME elles, fr. elles, adv.] : OTHER: a : being different in identity ⟨nothing ~ but the best will do⟩ ⟨such decisions are to be made by the commanding officer and no one ~⟩ b : being in addition ⟨what ~ did he say⟩ ⟨did you meet anyone ~⟩ — now usu. used with a preceding pronoun; followed by the possessive ending 's when the combination of the pronoun and else is in the possessive case dependent on an immediately following noun ⟨somebody ~'s house⟩ ⟨I don't know who ~'s hat it could be⟩ and usu. also when not dependent on an immediately following noun ⟨it couldn't be anybody ~'s⟩ ⟨I don't know who ~'s it could be⟩ ⟨I don't know whose ~ it could be⟩
**elseways** \'-,-\ adv [[1]else + -ways] dial : OTHERWISE
**elsewhence** \'-,-, -'-\ adv [[1]else + whence] : from another quarter
**else·where** \'el(t)s,(h)we(ə)r, -wa(ə)r, -,-'-\ also **else·wheres** \-(ə)rz, -ez\ adv [ME elleswher, fr. OE elles hwǣr, fr. elles else + hwǣr where — more at ELSE, WHERE] : in or to some or any other place ⟨it is found in town and ~⟩ ⟨we went ~ for dinner⟩ ⟨~ he mentions his dependence on his mother⟩
**elsewhither** \'-,--, -'--\ adv [ME elleswhider, fr. OE elles hwider, fr. elles else + hwider whither — more at WHITHER] : to some or any other place in a different direction or toward a different objective ⟨his soul aimed ~⟩
**elsewise** \'-,-, -'-\ adv [[1]else + -wise] : OTHERWISE
**el·sholt·zia** \el'shōltsēə\ n, cap [NL, fr. Johann S. Elsholtz †1688 Ger. physician and botanist + NL -ia] : a genus of chiefly Asiatic aromatic herbs (family Labiatae) with blue or purple flowers in one-sided spikes
**el·sin** or **el·shin** or **el·son** \'els(h)ən\ n -s [ME elsen, prob.