# EXHIBIT M



# WEBSTER'S New Collegiate Dictionary

*A Merriam-Webster*®

G. & C. MERRIAM COMPANY
Springfield, Massachusetts, U.S.A.

MSI00002450

REF
PE
1628
W4
M4
1977
C.1

Copyright © 1974 by G. & C. Merriam Co.
Previous edition copyright © 1973 by G. & C. Merriam Co.   77-348274

Philippines Copyright 1974 by G. & C. Merriam Co.
Previous edition Philippines Copyright 1973 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

  "Based on Webster's third new international dictionary."
  "A Merriam-Webster."
  Editions for 1898–1948 have title: Webster's collegiate dictionary;
1949–61 and 1973–    editions have title: Webster's new collegiate dictionary;
1963–72 editions have title: Webster's seventh new collegiate dictionary.
  1. English language—Dictionaries.
PE1628.W4M4    1974        423        72-19984
ISBN 0-87779-318-2 (plain)
      0-87779-319-0 (indexed)
      0-87779-320-4 (Buksyn)

COLLEGIATE is a registered trademark.

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information and retrieval systems—without written permission of the publisher.

Made in the United States of America

6

MSI00002451

controlled or directed manner ~ *vi* **1** *of a road or passage* : to show the way : LEAD **2 a** : to act as leader or director   **b** : to have the quality of transmitting light, heat, sound, or electricity — **con·duct·i·bil·i·ty** \kən-ˌdək-tə-ˈbil-ət-ē\ *n* — **con·duct·ible** \-ˈdək-tə-bəl\ *adj*
*syn* **1** CONDUCT, MANAGE, CONTROL, DIRECT *shared meaning element* : to use one's powers to lead, guide, or dominate
**2** see BEHAVE
**con·duc·tance** \kən-ˈdək-tən(t)s\ *n* **1** : conducting power **2 a** : the readiness with which a conductor transmits an electric current   **b** : the reciprocal of electrical resistance
**con·duc·tion** \kən-ˈdək-shən\ *n* **1** : the act of conducting or conveying **2** : transmission through or by means of a conductor; *also* : CONDUCTIVITY **3** : the transmission of excitation through living tissue and esp. nervous tissue
**con·duc·tive** \kən-ˈdək-tiv\ *adj* : having conductivity : relating to conduction (as of electricity)
**con·duc·tiv·i·ty** \ˌkän-ˌdək-ˈtiv-ət-ē, kən-\ *n, pl* **-ties** : the quality or power of conducting or transmitting: as **a** : the reciprocal of electrical resistivity   **b** : the quality of living matter responsible for the transmission of and progressive reaction to stimuli
**con·duc·to·met·ric** *or* **con·duc·ti·met·ric** \ˌkän-ˌdək-tə-ˈme-trik\ *adj* **1** : of or relating to the measurement of conductivity **2** : being or relating to titration based on determination of changes in the electrical conductivity of the solution
**con·duc·tor** \kən-ˈdək-tər\ *n* : one that conducts: as **a** : GUIDE   **b** : a collector of fares in a public conveyance   **c** : the leader of a musical ensemble   **d** : a substance or body capable of transmitting electricity, heat, or sound — **con·duc·to·ri·al** \ˌkän-ˌdək-ˈtōr-ē-əl, kən-, -ˈtȯr-\ *adj* — **con·duc·tress** \kən-ˈdək-trəs\ *n*
**con·duit** \ˈkän-ˌd(y)ü-ət *also* -d(w)ət\ *n* [ME, fr. MF, lit., act of leading] **1** : a natural or artificial channel through which something (as a fluid) is conveyed **2** *archaic* : FOUNTAIN **3** : a pipe, tube, or tile for protecting electric wires or cables
**con·du·pli·cate** \(ˈ)kän-ˈd(y)ü-pli-kət\ *adj* [L *conduplicatus*, pp. of *conduplicare* to double, fr. *com-* + *duplic-, duplex* double — more at DUPLEX] : folded lengthwise — used of leaves or petals in the bud — **con·du·pli·ca·tion** \ˌkän-ˌd(y)ü-pli-ˈkā-shən\ *n*
**con·dy·lar** \ˈkän-də-lər\ *adj* : of or relating to a condyle
**con·dyle** \ˈkän-ˌdīl *also* -dᵊl\ *n* [F & L; F, fr. L *condylus* knuckle, fr. Gk *kondylos*] : an articular prominence of a bone; *esp* : one of a pair that resembles knuckles — **con·dy·loid** \-də-ˌlȯid\ *adj*
**con·dy·lo·ma** \ˌkän-də-ˈlō-mə\ *n* [NL, fr. Gk *kondylōma*, fr. *kondylos*] : a warty growth on the skin or adjoining mucous membrane usu. near the anus and genital organs — **con·dy·lo·ma·tous** \-mət-əs\ *adj*
¹**cone** \ˈkōn\ *n* [MF or L; MF, fr. L *conus*, fr. Gk *kōnos* — more at HONE] **1 a** : a mass of ovule-bearing or pollen-bearing scales or bracts in trees of the pine family or in cycads that are arranged usu. on a somewhat elongated axis **b** : any of several flower or fruit clusters suggesting a cone **2 a** : a solid generated by rotating a right triangle about one of its legs — called also *right circular cone*   **b** : a solid bounded by a circular or other closed plane base and the surface formed by line segments joining every point of the boundary of the base to a common vertex — see VOLUME table   **c** : a surface traced by a moving straight line passing through a fixed vertex **3** : something that resembles a cone in shape: as **a** : one of the short sensory end organs of the vertebrate retina that function in color vision   **b** : any of numerous somewhat conical tropical gastropod mollusks (family Conidae)   **c** : the apex of a volcano   **d** : a crisp cone-shaped wafer for holding ice cream



cones 1a: *1* stone pine, *2* cluster pine, *3* big-cone pine, *4* sugar pine, *5* deodar, *6* red spruce, *7* Santa Lucia fir, *8* Nordmann's fir, *9* giant sequoia

²**cone** *vt* **coned; con·ing** **1** : to make cone-shaped **2** : to bevel like the slanting surface of a cone <~ a tire>
**cone·flow·er** \ˈkōn-ˌflau̇(-ə)r\ *n* : any of several composite plants having cone-shaped flower disks; *esp* : RUDBECKIA
**cone·nose** \ˈkōn-ˌnōz\ *n* : any of various large bloodsucking bugs (esp. genus *Triatoma*) including some capable of inflicting painful bites — called also *assassin bug, kissing bug*
**con es·pres·sio·ne** \ˌkän-ˌes-(ˌ)pres-ē-ˈō-nē, ˌkōn-, -ˈō-(ˌ)nā\ *adv* [It, lit., with expression] : with feeling — used as a direction in music
**Con·es·to·ga** \ˌkän-ə-ˈstō-gə\ *n* [*Conestoga*, Pa.] : a broad-wheeled covered wagon drawn usu. by six horses and used esp. for transporting freight across the prairies
**co·ney** \ˈkō-nē\ *n, pl* **coneys** [ME *conies*, pl., fr. OF *conis*, pl. of *conil*, fr. L *cuniculus*] **1 a** (1) : RABBIT; *esp* : the European rabbit (*Oryctolagus cuniculus*) (2) : PIKA   **b** : HYRAX   **c** : rabbit fur **2** *obs* : DUPE **3** : any of several fishes; *esp* : a dusky black-spotted reddish-finned grouper (*Cephalopholis fulvus*) of the tropical Atlantic
**conf** *abbr* **1** conference **2** confidential
**con·fab** \ˈkän-ˌfab, kän-ˈ\ *vi* **con·fabbed; con·fab·bing** : CONFABULATE — **con·fab** \ˈkän-ˌfab, kən-ˈ\ *n*
**con·fab·u·late** \kən-ˈfab-yə-ˌlāt\ *vi* **-lat·ed; -lat·ing** [L *confabulatus*, pp. of *confabulari*, fr. *com-* + *fabulari* to talk, fr. *fabula* story — more at FABLE] **1** : CHAT **2** : to hold a discussion : CONFER — **con·fab·u·la·tion** \kən-ˌfab-yə-ˈlā-shən, ˌkän-\ *n* — **con·fab·u·la·tor** \kən-ˈfab-yə-ˌlāt-ər\ *n* — **con·fab·u·la·to·ry** \-lə-ˌtōr-ē, -ˌtȯr-\ *adj*

**con·fect** \kən-ˈfekt\ *vt* [L *confectus*, pp. of *conficere* to prepare — more at COMFIT] **1** : to put together from varied material <writers ~ ing best sellers> **2 a** : PREPARE   **b** : PRESERVE — **con·fect** \ˈkän-ˌ\ *n*
**con·fec·tion** \kən-ˈfek-shən\ *n* **1** : the act or process of confecting **2** : something confected: as **a** : a fancy dish or sweetmeat : DELICACY; *esp* : a fruit or nut preserve   **b** : a medicinal preparation usu. made with sugar, syrup, or honey   **c** : a piece of fine craftsmanship
**con·fec·tion·ary** \-shə-ˌner-ē\ *n, pl* **-ar·ies 1** *archaic* : CONFECTIONER **3** : SWEETS — **confectionary** *adj*
**con·fec·tion·er** \-sh(ə-)nər\ *n* : a manufacturer of or dealer in confections
**con·fec·tion·ery** \-shə-ˌner-ē\ *n, pl* **-er·ies 1** : sweet edibles (as candy or pastry) **2** : the confectioner's art or business **3** : a confectioner's shop
**Confed** *abbr* Confederate
**con·fed·er·a·cy** \kən-ˈfed-(ə-)rə-sē\ *n, pl* **-cies 1** : a league or compact for mutual support or common action : ALLIANCE **2** : a combination of persons for unlawful purposes : CONSPIRACY **3** : the body formed by persons, states, or nations united by a league; *specif, cap* : the 11 southern states seceding from the U.S. in 1860 and 1861 — **con·fed·er·al** \-(ə-)rəl\ *adj* — **con·fed·er·al·ist** \-əst\ *n*
¹**con·fed·er·ate** \kən-ˈfed-(ə-)rət\ *adj* [ME *confederat*, fr. LL *confoederatus*, pp. of *confoederare* to unite by a league, fr. L *com-* + *foeder-, foedus* compact — more at FEDERAL] **1** : united in a league : ALLIED **2** *cap* : of or relating to the Confederate States of America
²**confederate** *n* **1** : ALLY, ACCOMPLICE **2** *cap* : an adherent of the Confederate States of America or their cause
³**con·fed·er·ate** \-ˈfed-ə-ˌrāt\ *vb* **-at·ed; -at·ing** *vt* : to unite in a confederacy ~ *vi* : to band together — **con·fed·er·a·tive** \-ˈfed-(ə-)rət-iv, -ə-ˌrāt-\ *adj*
**Confederate Memorial Day** *n* : any of several days appointed for the commemoration of servicemen of the Confederacy: **a** : April 26 in Florida and Georgia   **b** : the last Monday in April in Alabama and Mississippi   **c** : May 10 in No. and So. Carolina   **d** : the last Monday in May in Virginia   **e** : June 3 in Kentucky, Louisiana, and Texas
**confederate rose** *n, often cap C* : a Chinese mallow (*Hibiscus mutabilis*) with white or pink flowers that become deep red at night
**con·fed·er·a·tion** \kən-ˌfed-ə-ˈrā-shən\ *n* **1** : an act of confederating : a state of being confederated : ALLIANCE **2** : LEAGUE
**con·fer** \kən-ˈfər\ *vb* **con·ferred; con·fer·ring** [L *conferre* to bring together, fr. *com-* + *ferre* to carry — more at BEAR] *vi* **1** *obs* : to call into comparison **2** : to bestow from or as if from a position of superiority <your trust ~s an honor on me> ~ *vi* : to come together to compare views or take counsel : CONSULT *syn* see GIVE — **con·fer·ment** \-ˈfər-mənt\ *n* — **con·fer·ra·ble** \-ˈfər-ə-bəl\ *adj* — **con·fer·ral** \-ˈfər-əl\ *n* — **con·fer·rer** \-ˈfər-ər\ *n*
**con·fer·ee** \ˌkän-fə-ˈrē\ *n* **1** : one conferred with **2** : one on whom something (as a degree) is conferred
**con·fer·ence** \ˈkän-f(ə-)rən(t)s, -fərn(t)s, *for 2 usu* kən-ˈfər-ən(t)s\ *n* **1 a** : a usu. formal interchange of views : CONSULTATION   **b** : a meeting of two or more persons for discussing matters of common concern   **c** : a meeting of members of the two branches of a legislature to adjust differences **2** *also* **con·fer·rence** \kən-ˈfər-ən(t)s\ : BESTOWAL, CONFERMENT **3 a** : a representative assembly or administrative organization of a denomination   **b** : a territorial division of a denomination **4** : an association of athletic teams — **con·fer·en·tial** \ˌkän-fə-ˈren-chəl\ *adj*
**con·fer·va** \kən-ˈfər-və\ *n, pl* **-vae** \-(ˌ)vē, -ˌvī\ *also* **-vas** [L, a water plant, fr. *confervēre* to boil together, heal, fr. *com-* + *fervēre* to boil — more at BURN] **1** : any of a genus (*Tribonema*) of filamentous freshwater yellow-green algae; *broadly* : any of various filamentous algae forming scums on still water — **con·fer·void** \-ˌvȯid\ *adj or n*
**con·fess** \kən-ˈfes\ *vb* [ME *confessen*, fr. MF *confesser*, fr. OF, fr. *confes* having confessed, fr. L *confessus*, pp. of *confitēri* to confess, fr. *com-* + *fatēri* to confess; akin to L *fari* to speak — more at BAN] *vt* **1** : to tell or make known (as something wrong or damaging to oneself) : ADMIT **2 a** : to acknowledge (sin) to God or to a priest   **b** : to receive the confession of (a penitent) **3** : to declare faith in or adherence to : PROFESS **4** : to give evidence of ~ *vi* **1 a** : to disclose one's faults; *specif* : to unburden one's sins or the state of one's conscience to God or to a priest   **b** : to hear a confession **2** : ADMIT, OWN *syn* see ACKNOWLEDGE — **con·fess·able** \-ə-bəl\ *adj*
**con·fessed·ly** \-ˈfes-əd-lē, -ˈfest-lē\ *adv* : by confession : ADMITTEDLY
**con·fes·sion** \kən-ˈfesh-ən\ *n* **1** : an act of confessing; *specif* : a disclosure of one's sins in the sacrament of penance **2** : a statement of what is confessed: as **a** : a written acknowledgment of guilt by a party accused of an offense   **b** : a formal statement of religious beliefs : CREED **3** : an organized religious body having a common creed — **con·fes·sion·al** \-ˈfesh-nəl, -ən-ᵊl\ *adj* — **con·fes·sion·al·ism** \-ˌiz-əm\ *n* — **con·fes·sion·al·ist** \-əst\ *n* — **con·fes·sion·al·ly** \-ē\ *adv*
**confessional** *n* **1** : a place where a priest hears confessions **2** : the practice of confessing to a priest
**con·fes·sor** \kən-ˈfes-ər *also for 2 & 3* ˈkän-ˌfes-ər & (*for 3*) ˈkän-fə-ˌsȯ(ə)r\ *n* **1** : one that confesses **2** : one who gives heroic evidence of faith but does not suffer martyrdom **3 a** : a priest who hears confessions   **b** : a priest who is one's regular spiritual guide
**con·fet·ti** \kən-ˈfet-ē\ *n* [It, pl. of *confetto* sweetmeat, fr. ML *confectum*, fr. L, neut. of *confectus*, pp. of *conficere* to prepare] : small bits or streamers of brightly colored paper made for throwing (as at weddings)
**con·fi·dant** \ˈkän-fə-ˌdant, -ˌdänt, ˌkän-fə-ˈ\ *n* [F *confident*, fr. It *confidente*, fr. *confidente* confident, trustworthy, fr. L *confident-, confidens*] : one to whom secrets are entrusted; *esp* : INTIMATE

**con·fi·dan·te** \*like* CONFIDANT\ *n* [F] : a female confidant
**con·fide** \kən-ˈfīd\ *vb* **con·fid·ed; con·fid·ing** [ME or L; MF *confider*, fr. L *confidere*, fr. *com-* + *fidere* to trust — more at BIDE] *vi* **1** : to have confidence : TRUST ~ *vt* **1** : to show confidence by imparting secrets **2** : to commit to the charge or knowledge of another : ENTRUST *syn* see COMMIT
¹**con·fi·dence** \ˈkän-fəd-ən(t)s, -fə-ˌden(t)s\ *n* **1 a** : a feeling or consciousness of one's powers or of reliance on one's circumstances <their ~ in God's mercy> <met the risk with ~>   **b** : faith in one's ability to succeed <met the risks with ~> **2** : the quality or state of being certain : CERTITUDE <answered with ~ of success> **3 a** : a relation of trust or intimacy <took his friend into his ~>   **b** : reliance on another's discretion <their story was told in strictest ~>   **c** : legislative support <a vote of ~> **4** : communication made in confidence : SECRET *syn* CONFIDENCE, ASSURANCE, SELF-POSSESSION, APLOMB *shared meaning element* : a state of mind or a manner marked by easy coolness and freedom from uncertainty, diffidence, or embarrassment CONFIDENCE stresses faith in oneself and one's powers without any suggestion of conceit or arrogance <shyness may give way only from long experience> ASSURANCE carries a stronger implication of certainty and may suggest an arrogant or impudent attitude or forwardness in assessing one's own powers <had an assurance of his own worth> SELF-POSSESSION implies an ease or coolness under stress that reflects perfect self-control and command of one's powers <he answered the insolent question with complete self-possession> APLOMB applies to the confident poise in facing the difficulties of a person with marked self-possession and savoir faire, but usually carries none of the unpleasant suggestions found in *assurance* <meet a challenge with *aplomb*>
²**confidence** *adj* : of or relating to swindling by false promise
**confidence interval** *n* : a group of continuous or discrete adjacent values that is used to estimate a statistical parameter (as a mean or variance) and that tends to include the true value of the parameter in a predetermined proportion of the times it is computed from a group of values is repeated a number of times
**confidence limits** *n pl* : the end points of a confidence interval
**con·fi·dent** \ˈkän-fəd-ənt, -fə-ˌdent\ *adj* [L *confident-, confidens*, prp. of *confidere*] **1** *obs* : TRUSTFUL **2** : characterized by assurance; *esp* : SELF-RELIANT **3** : full of conviction : CERTAIN **b** : COCKSURE — **con·fi·dent·ly** *adv*
**con·fi·den·tial** \ˌkän-fə-ˈden-chəl\ *adj* **1** : PRIVATE, SECRET **2** : marked by intimacy or willingness to confide **3** : entrusted with confidences <~ clerk> **4** : containing information whose unauthorized disclosure could be prejudicial to the national interest — compare SECRET — **con·fi·den·ti·al·i·ty** \-ˌden-chē-ˈal-ət-ē\ *n* — **con·fi·den·tial·ly** \-ˈden-chə-lē\ *adv* — **con·fi·den·tial·ness** \-ˈden-chəl-nəs\ *n*
**con·fid·ing** \kən-ˈfīd-iŋ\ *adj* : tending to confide : TRUSTFUL — **con·fid·ing·ly** \-iŋ-lē\ *adv* — **con·fid·ing·ness** *n*
**con·fig·u·rat·ed** \kən-ˈfig-(y)ə-ˌrāt-əd\ *adj* : CONFIGURED
**con·fig·u·ra·tion** \kən-ˌfig-(y)ə-ˈrā-shən, -ˌfig-ə-\ *n* [LL *configuration-, configuratio*, similar formation, fr. L *configurare* to form from or after, fr. *com-* + *figurare* to form, fr. *figura* figure] **1 a** : relative arrangement of parts or elements **b** : something (as a figure, contour, pattern, or apparatus) produced by such arrangement **c** : the stable structural makeup of a chemical compound esp. with reference to the space relations of the constituent atoms **2** : GESTALT — **con·fig·u·ra·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **con·fig·u·ra·tion·al·ly** \-ē\ *adv* — **con·fig·u·ra·tive** \kən-ˈfig-(y)ə-ˌrāt-iv, -ˈfig-ə-rət-\ *adj*
**con·fig·ure** \kən-ˈfig-yər, *esp Brit* -ˈfig-ər\ *vt* : to give a configuration to : SHAPE <commodity quotations are configured on a few commodities> —H. M. Moss
¹**con·fine** \kən-ˈfīn\ *vb* **con·fined; con·fin·ing** ~ *vt* **1** : to keep within limits <will confine my remarks to one subject> : IMPRISON **2** : to keep indoors <be confined by illness>
²**con·fine** \ˈkän-ˌfīn *also* kən-ˈ\ *n* [MF *confins* pl., fr. L *confine* border, fr. neut. of *confinis* adjacent, fr. *com-* + *finis* end] **1 a** *pl* : BOUNDS, BORDERS <there is an orderly universe within the protective ~s of the American Constitution —J. B. Conant>   **b** : outlying parts : TERRITORY <the future of the city and its ~s — *Springfield (Mass.) Daily News*> **2 a** *pl* : precincts **b** *obs* : PRISON
**con·fined** \kən-ˈfīnd\ *adj* **1** : kept within confines : restricted to quarters; *esp* : undergoing childbirth
**con·fine·ment** \kən-ˈfīn-mənt\ *n* : an act of confining : the state of being confined; *esp* : LYING-IN
**con·firm** \kən-ˈfərm\ *vt* [ME *confirmen*, fr. OF *confermer*, fr. L *confirmare*, fr. *com-* + *firmare* to make firm, fr. *firmus* firm — more at FIRM] **1** : to make firm or firmer : STRENGTHEN **2** : to administer the rite of confirmation to **3** : to administer the rite of confirmation to **4** : to give new assurance of the validity of : REMOVE DOUBT BY AUTHORITATIVE ACT OR INDISPUTABLE FACT — **con·firm·abil·i·ty** \-ˌfər-mə-ˈbil-ət-ē\ *n* — **con·firm·able** \-ˈfər-mə-bəl\ *adj*
*syn* CONFIRM, CORROBORATE, SUBSTANTIATE, VERIFY, AUTHENTICATE, VALIDATE *shared meaning element* : to attest to the truth or validity of something *ant* deny, contradict
**con·fir·ma·tion** \ˌkän-fər-ˈmā-shən\ *n* : an act or process of confirming: as **a** (1) : a Christian rite conveying the gift of the Holy Spirit and among Protestants full church membership (2) : a ceremony confirming Jewish youth in their ancestral faith **b** : the ratification of an executive act by a legislative body **c** : confirming proof : CORROBORATION : supporting a statement by evidence — **-ᵊl** *adj*
**con·fir·ma·to·ry** \kən-ˈfər-mə-ˌtō- ... tending to confirm : CORROBORATIVE

MSI00002454

Case: 1:12-cv-03131-DAP  Doc #: 34-13  Filed:  12/13/13  5 of 5.  PageID #: 523

[Left column — partial table of atomic numbers/weights and dictionary entries cut off at page edge]

| | ATOMIC NUMBER | ATOMIC WEIGHT (C = 12) |
|---|---|---|
| | 11 | 22.9898 |
| | 38 | 87.62 |
| | 16 | 32.06 |
| | 73 | 180.9479 |
| | 43 | 98.9062 |
| | 52 | 127.60 |
| | 65 | 158.9254 |
| | 81 | 204.37 |
| | 90 | 232.0381 |
| | 69 | 168.9342 |
| | 50 | 118.69 |
| | 22 | 47.90 |
| | 74 | 183.85 |
| | 92 | 238.029 |
| | 23 | 50.9414 |
| (see tungsten) | | |
| | 54 | 131.30 |
| | 70 | 173.04 |
| | 39 | 88.9059 |
| | 30 | 65.37 |
| | 40 | 91.22 |

[Partial dictionary entries along left edge, cut off]



Indian, 2 African

[Center column — dictionary entries]

**improve** morally, intellectually, or culturally  **4** : to raise the spirits of : ELATE *syn* see LIFT *ant* lower
**el·e·vat·ed** \-ˌvāt-əd\ *adj*  **1** : raised esp. above the ground or other surface ⟨an ~ highway⟩  **2 a** : morally or intellectually on a high plane ⟨an ~ mind⟩  **b** : FORMAL, DIGNIFIED ⟨~ diction⟩  **3** : exhilarated in mood or feeling
**elevated railroad** *n* : an urban or interurban railroad operating chiefly on an elevated structure — called also *elevated railway*
**el·e·va·tion** \ˌel-ə-ˈvā-shən\ *n*  **1** : the height to which something is elevated: as  **a** : the angular distance of a celestial object above the horizon  **b** : the degree to which a gun is aimed above the horizon  **c** : the height above the level of the sea : ALTITUDE  **2** : a ballet dancer's or a skater's leap and seeming suspension in the air; *also* : the ability to achieve an elevation  **3** : an act or instance of elevating  **4** : something that is elevated: as  **a** : an elevated place  **b** : a swelling esp. on the skin  **5** : the quality or state of being elevated  **6** : a geometrical projection (as of a building) on a vertical plane  *syn* see HEIGHT
**el·e·va·tor** \ˈel-ə-ˌvāt-ər\ *n*  **1** : one that raises or lifts something up: as  **a** : an endless belt or chain conveyor with cleats, scoops, or buckets for raising material  **b** : a cage or platform and its hoisting machinery for conveying something to different levels  **c** : a building for elevating, storing, discharging, and sometimes processing grain  **2** : a movable auxiliary airfoil usu. attached to the tail plane of an airplane for producing motion up or down — see AIRPLANE illustration
**elev·en** \i-ˈlev-ən\ *n* [ME *enleven*, fr. *enleven*, adj., fr. OE *endleofan*; akin to OHG *einlif* eleven; both fr. a prehistoric Gmc compound whose first element is akin to OE *ān* one, and whose second element is prob. akin to OE *lēon* to lend]  **1** — see NUMBER table  **2** : the 11th in a set or series  **3** : something having 11 units or members; *esp* : a football team — **eleven** *adj or pron* — **elev·enth** \-ən(t)th\ *adj or n*
**elev·ens·es** \-ən-zəz\ *n pl but sometimes sing in constr* [irreg. pl. of *eleven* (o'clock)] *Brit* : a light lunch or sometimes only coffee or tea taken around the middle of the morning
**eleventh hour** *n* : the latest possible time ⟨won his reprieve at the *eleventh hour*⟩
**el·e·von** \ˈel-ə-ˌvän\ *n* [*elev*ator + ail*eron*] : an airplane control surface that combines the functions of elevator and aileron
**elf** \ˈelf\ *n, pl* **elves** \ˈelvz\ [ME, fr. OE *ælf*; akin to ON *alfr* elf]  **1** : a small often mischievous fairy  **2 a** : a small creature; *esp* : a mischievous child  **b** : a mischievous or malicious person — **elf·ish** \ˈel-fish\ *adj* — **elf·ish·ly** *adv*
**ELF** *abbr* extremely low frequency
**elf·in** \ˈel-fən\ *adj* [irreg. fr. *elf*]  **1 a** : of, relating to, or produced by an elf  **b** : resembling an elf  **2** : having an otherworldly or magical quality or charm
**elf-lock** \ˈel-ˌfläk\ *n* : hair matted as if by elves — usu. used in pl.
**Eli** \ˈē-lī\ *n* [Heb *Ēlī*] : a judge and priest of Israel who according to the account in I Samuel was entrusted with the care of the boy Samuel
**Eli·as** \i-ˈlī-əs\ *n* [LL, fr. Gk *Elias*, fr. Heb *Ēlīyāh*] : ELIJAH
**elic·it** \i-ˈlis-ət\ *vt* [L *elicitus*, pp. of *elicere*, fr. *e-* + *lacere* to allure — more at DELIGHT]  **1 a** : to draw forth or bring out (something latent or potential)  **b** : to derive (as a truth) by logical processes  **2** : to call forth or draw out (a response or reaction)  *syn* see EDUCE — **elic·i·ta·tion** \ˌi-ˌlis-ə-ˈtā-shən, ˌē-\ *n* — **elic·i·tor** \i-ˈlis-ət-ər\ *n*
**elide** \i-ˈlīd\ *vt* **elid·ed; elid·ing** [L *elidere* to strike out, fr. *e-* + *laedere* to injure by striking]  **1 a** : to suppress or alter (as a vowel or syllable) by elision  **b** : to strike out (as a written word or passage)  **2 a** : to leave out of consideration : OMIT  **b** : CURTAIL, ABRIDGE
**el·i·gi·ble** \ˈel-ə-jə-bəl\ *adj* [ME, fr. MF & LL; MF, fr. LL *eligibilis*, fr. L *eligere* to choose — more at ELECT]  **1 a** : qualified to be chosen : ENTITLED ⟨~ for sophomore standing⟩ ⟨~ to retire⟩  **b** : permitted under football rules to catch a forward pass ⟨an ~ receiver⟩  **2** : worthy of being chosen : DESIRABLE ⟨an ~ young bachelor⟩ — **el·i·gi·bil·i·ty** \ˌel-ə-jə-ˈbil-ət-ē\ *n* — **eligible** *n* — **el·i·gi·bly** \ˈel-ə-jə-blē\ *adv*
**Eli·jah** \i-ˈlī-jə\ *n* [Heb *Ēlīyāh*] : a Hebrew prophet of the 9th century B.C. who according to the account in I Kings championed the worship of Jehovah as against Baal
**elim·i·nate** \i-ˈlim-ə-ˌnāt\ *vt* **-nat·ed; -nat·ing** [L *eliminatus*, pp. of *eliminare*, fr. *e-* + *limin-, limen* threshold]  **1 a** : to cast out or get rid of : REMOVE, ERADICATE ⟨the need to ~ poverty⟩  **b** : to set aside as unimportant : IGNORE  **2** : to expel (as waste) from the living body  **3** : to cause to disappear by combining two or more equations *syn* see EXCLUDE — **elim·i·na·tion** \-ˌlim-ə-ˈnā-shən\ *n* — **elim·i·na·tive** \-ˈlim-ə-ˌnāt-iv\ *adj* — **elim·i·na·tor** \-ˌnāt-ər\ *n*
**Eli·sha** \i-ˈlī-shə\ *n* [Heb *Ĕlīshā*] : a Hebrew prophet and disciple and successor of Elijah
**eli·sion** \i-ˈlizh-ən\ *n* [LL *elision-, elisio*, fr. L *elisus*, pp. of *elidere*]  **1 a** : the use of a speech form that lacks a final or initial sound which a variant speech form has ⟨the use of *'s* instead of *is* in English *there's* is an example of ~⟩  **b** : the omission of an unstressed vowel or syllable in a verse to achieve a uniform metrical pattern  **2** : the act or an instance of dropping out or omitting something : OMISSION
**elite** \ā-ˈlēt, i-\ *n* [F *élite*, fr. OF *eslite*, fr. fem. of *eslit*, pp. of *eslire* to choose, fr. L *eligere*]  **1 a** : the choice part; *esp* : a socially superior group  **b** : a powerful minority group ⟨a power ~ inside the government⟩  **2** : a typewriter type providing 12 characters to the linear inch — **elite** *adj*
**elit·ism** \-ˈlēt-ˌiz-əm\ *n*  **1 a** : leadership or rule by an elite  **b** : belief in or advocacy of such elitism  **2** : consciousness of being or belonging to an elite — **elit·ist** \-ˈlēt-əst\ *n or adj*
**elix·ir** \i-ˈlik-sər\ *n* [ME, fr. ML, fr. Ar *al-iksīr* the elixir, fr. *al* the + *iksīr* elixir, prob. fr. Gk *xērion* desiccative powder, fr. *xēros* dry]  **1 a** : a substance held capable of changing base metals into gold : PHILOSOPHERS' STONE  **b** (1) : a substance held capable of prolonging life indefinitely  (2) : CURE-ALL  (3) : a sweetened liquid usu. containing alcohol that is used as a vehicle for medicinal agents  **2** : the essential principle
**Eliz** *abbr* Elizabethan
**Eliz·a·be·than** \i-ˌliz-ə-ˈbē-thən\ *adj* : of, relating to, or characteristic of Elizabeth I of England or her age — **Elizabethan** *n*
**elk** \ˈelk\ *n, pl* **elks** [ME, prob. fr. OE *eolh*; akin to OHG *elaho* elk, Gk *elaphos* deer]  **1** *pl usu* **elk a** : the largest existing deer (*Alces alces*) of Europe and Asia resembling but not so large as the moose of No. America  **b** : WAPITI  **c** : any of various large Asiatic deer  **2** : soft tanned rugged leather  **3** *cap* [Benevolent and Protective Order of *Elks*] : a member of a major benevolent and fraternal order
**elk·hound** \ˈelk-ˌhaund, ˈel-ˌkaund\ *n* : NORWEGIAN ELKHOUND
**¹ell** \ˈel\ *n* [ME *eln*, fr. OE]  **1** : a former English unit of length (as for cloth) equal to 45 inches  **2** : any of various units of length similar in use to the English ell
**²ell** *n* [alter. of ¹*el*]  **1** : an extension at right angles to the length of a building  **2** : an elbow in a pipe or conduit
**el·lag·ic acid** \ə-ˌlaj-ik-, e-\ *n* [F *ellagique*, fr. *ellag*, anagram of *galle* gall] : a crystalline phenolic compound $C_{14}H_6O_8$ with two lactone groupings that is obtained esp. from oak galls and some tannins
**el·lipse** \i-ˈlips, e-\ *n* [Gk *elleipsis*]  **1 a** : OVAL  **b** : a closed plane curve generated by a point moving in such a way that the sums of its distances from two fixed points is a constant: a plane section of a right circular cone that is a closed curve  **2** : ELLIPSIS



ellipse 1b: F, F' foci; P, P', P'' any point on the curve; FP + PF' = FP'' + P''F' = FP' + P'F'

**el·lip·sis** \i-ˈlip-səs, e-\ *n, pl* **el·lip·ses** \-ˌsēz\ [L, fr. Gk *elleipsis* ellipsis, ellipse, fr. *elleipein* to leave out, fall short, fr. *en* + *leipein* to leave — more at IN, LOAN]  **1 a** : the omission of one or more words that are obviously understood but that must be supplied to make a construction grammatically complete ⟨"the man that he sees" may be changed by ~ to "the man he sees"⟩  **b** : a leap or sudden passage without logical connectives from one topic to another  **2** : marks or a mark (as . . . or *** or —) indicating the omission esp. of letters or words
**el·lip·soid** \i-ˈlip-ˌsoid, e-\ *n* : a surface all plane sections of which are ellipses or circles — **ellipsoid** *or* **el·lip·soi·dal** \i-ˌlip-ˈsoid-əl, (ˌ)e-\ *adj*
**el·lip·tic** \i-ˈlip-tik, e-\ *or* **el·lip·ti·cal** \-ti-kəl\ *adj* [Gk *elleiptikos* defective, marked by ellipsis, fr. *elleipein*]  **1 a** : of, relating to, or shaped like an ellipse  **b** : of, relating to, or being a space in which no line parallel to a given line passes through a point not on the line  **2 a** : of, relating to, or marked by ellipsis or an ellipsis  **b** (1) : of, relating to, or marked by extreme economy of speech or writing  (2) : of or relating to studied obscurity of literary style — **el·lip·ti·cal·ly** \-ti-k(ə-)lē\ *adv*
**el·lip·tic·i·ty** \ˌi-ˌlip-ˈtis-ət-ē, (ˌ)e-\ *n* : deviation of an ellipse or a spheroid from the form of a circle or a sphere
**elm** \ˈelm\ *n* [ME, fr. OE; akin to OHG *elme* elm, L *ulmus*]  **1** : any of a genus (*Ulmus* of the family Ulmaceae, the elm family) comprising large graceful trees with alternate stipulate leaves and small apetalous flowers  **2** : the wood of an elm
**elm bark beetle** *n* : either of two beetles that are vectors for the fungus causing Dutch elm disease: **a** : a beetle (*Hylurgopinus rufipes*) native to eastern No. America  **b** : a European beetle (*Scolytus multistriatus*) that is established in eastern No. America
**elm blight** *n* : DUTCH ELM DISEASE
**elm leaf beetle** *n* : a small orange-yellow black-striped Old World chrysomelid beetle (*Pyrrhalta luteola*) that is a leaf-eating pest of elms in eastern No. America as a larva and as an adult

elm 1

**el·o·cu·tion** \ˌel-ə-ˈkyü-shən\ *n* [ME *elocucioun*, fr. L *elocution-, elocutio*, fr. *elocutus*, pp. of *eloqui*]  **1** : the art of effective public speaking  **2** : a style of speaking esp. in public — **el·o·cu·tion·ary** \-ˌsha-ˌner-ē\ *adj* — **el·o·cu·tion·ist** \-ˈsh(ə-)nəst\ *n*
**elo·dea** \i-ˈlōd-ē-ə\ *n* [NL, genus name, fr. Gk *helōdēs* marshy, fr. *helos* marsh; akin to Skt *saras* pond] : any of a small American genus (*Elodea*) of submerged aquatic monocotyledonous herbs
**eloign** \i-ˈlȯin\ *vt* [ME *eloynen*, fr. MF *esloigner*, fr. OF, fr. *es-* ex- (fr. L *ex-*) + *loing* (adv.) far, fr. L *longe*, fr. *longus* long]  **1** *archaic* : to take (oneself) far away  **2** *archaic* : to remove to a distant or unknown place : CONCEAL
**¹elon·gate** \i-ˈlȯn-ˌgāt\ *vb* **-gat·ed; -gat·ing** [LL *elongatus*, pp. of *elongare*, fr. *e-* + *longus* long] *vt* : to extend the length of ~ *vi* : to grow in length *syn* see EXTEND *ant* abbreviate, shorten
**²elongate** *adj*  **1** : stretched out : LENGTHENED  **2** : long in proportion to width : SLENDER
**elon·gat·ed** *adj* : ELONGATE
**elon·ga·tion** \ˌ(ˌ)ē-ˌlȯn-ˈgā-shən\ *n* [LL *elongare* to withdraw]  **1 a** : the angular distance of a celestial body from another around

---

| ə abut | ' kitten | ər further | a back | ā bake | ä cot, cart |
|---|---|---|---|---|---|
| aů out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | th this |
| ü loot | ů foot | y yet | yü few | yů furious | zh vision |

MSI00002452