# EXHIBIT O

# SECOND COLLEGE EDITION

# WEBSTER'S NEW WORLD DICTIONARY
## OF THE AMERICAN LANGUAGE

DAVID B. GURALNIK, *Editor in Chief*

SIMON AND SCHUSTER

MSI00002455

Copyright © 1982 and 1970, 1972, 1974, 1976, 1978, 1979, 1980 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON and SCHUSTER, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD, ar colophons are trademarks of Simon & Schuster.
Manufactured in the United States of America
   4 5 6 7 8 9 10

Library of Congress Cataloging in Publication Data

CATALOG CARD NO.: 81-85763
    Webster's New World Dictionary.

    New York: Simon & Schuster
    1728 p. College ed.
    8201        811119

0-671-41809-2 cl., indexed
0-671-41807-6 cl., plain edge
0-671-41811-4 Pbk.

MSI00002456

# CONTENTS

| | |
|---|---|
| vi | Editorial Staff |
| vii | Foreword |
| ix | Guide to the Use of the Dictionary |
| |     I. The Main Entry Word |
| |     II. Pronunciation |
| |     III. Part-of-Speech Labels |
| |     IV. Inflected Forms |
| |     V. The Etymology |
| |     VI. The Definitions |
| |     VII. Usage Labels & Notes |
| |     VIII. Field Labels |
| |     IX. Scientific Names of Plants & Animals |
| |     X. Idiomatic Phrases |
| |     XI. Run-in Derived Entries |
| |     XII. The Synonymy |
| xv | Language and the Dictionary *by Charlton Laird* |
| xxxi | Etymology *by William E. Umbach* |
| xxxiii | Americanisms *by Mitford M. Mathews* |
| xxxv | Abbreviations and Symbols Used in This Dictionary |
| 1-1656 | A DICTIONARY OF THE AMERICAN LANGUAGE |
| 1657 | Colleges and Universities of the United States |
| 1671 | Community Colleges and Junior Colleges of the United States |
| 1678 | Colleges and Universities of Canada |
| 1680 | Guide to Punctuation and Mechanics |
| |     Marks of Punctuation |
| |     Numbers |
| |     Capitalization |
| |     Abbreviations |
| 1684 | Manuscript Form |
| |     Footnotes |
| |     Terms and Abbreviations Used in Scholarly Writing |
| |     Bibliography |
| |     Proofreading and Proofreaders' Marks |
| 1688 | Tables of Weights and Measures |
| 1690 | Special Signs and Symbols |

UNIVERSITY OF WASHINGTON LIBRARY

MSI00002457

**cor·bel** (kôr′bəl) *n.* [ME. & OFr., dim. of *corb*, raven < L. *corvus*, raven: so called from its beaked shape] 1. a piece of stone, wood, or metal, often in the form of a bracket, projecting from the side of a wall and serving to support a cornice, the spring of an arch, etc. 2. a short timber placed lengthwise under a beam or girder —*vt.* **-beled** or **-belled**, **-bel·ing** or **-bel·ling** to provide or support with a corbel or corbels

CORBEL

**cor·bel·ing, cor·bel·ling** (-iŋ) *n.* 1. the fashioning of corbels 2. courses of masonry, like steps in reverse

**cor·bie** (kôr′bē) *n., pl.* **-bies** [ME. *corbe* < OFr. *corb*: see CORBEL] [Scot.] a crow or raven

**corbie gable** a gable with corbiesteps

**cor·bie-step** (-step′) *n.* [CORBIE + STEP] one of a series of steps at the upper end wall of some gables

☆**cor·bi·na** (kôr bē′nə) *n. same as* CORVINA

**Corbusier, Le** *see* LE CORBUSIER

**Cor·co·va·do** (kôr′kō vä′thoo) mountain in SE Brazil, near Rio de Janeiro: 2,310 ft.

**Cor·cy·ra** (kôr sī′rə) *ancient name of* CORFU

**cord** (kôrd) *n.* [ME. & OFr. *corde* < L. *chorda* < Gr. *chordē*, catgut, chord, cord < IE. base *ĝher-*, *ĝhorna*, intestine, whence L. *haru-* (in *haruspex*), entrails, ON. & G. *garn*, YARN] 1. (a) thick string or thin rope 2. any force acting as a tie or bond 3. [from use of a cord in measuring] a measure of wood cut for fuel or pulpwood (128 cubic feet, as arranged in a pile 8 feet long, 4 feet high, and 4 feet wide) 4. a) a rib on the surface of a fabric b) cloth with a ribbed surface; corduroy c) [*pl.*] corduroy trousers 5. *Anat.* any part resembling a cord [the spinal *cord*, vocal *cords*, umbilical *cord*]: also CHORD 6. *Elec.* a slender, flexible insulated cable fitted with a plug or plugs, as to connect a lamp to an outlet —*vt.* 1. to fasten, connect, or provide with a cord or cords 2. to stack (wood) in cords

**cord·age** (-ij) *n.* [Fr.: see CORD & -AGE] 1. cords and ropes collectively, esp. the ropes in a ship's rigging 2. the amount of wood, in cords, in a given area

**cor·date** (kôr′dāt) *adj.* [ModL. *cordatus* < *cor* (gen. *cordis*), heart] heart-shaped [*cordate* leaf] —**cor′date·ly** *adv.*

**Cor·day** (d'Armont) (kôr dā′), (Marie Anne) Charlotte 1768–93; Fr. Girondist: assassin of Marat

**cord·ed** (kôr′did) *adj.* 1. fastened or tied with cords 2. made of or provided with cords 3. that looks like a tight cord, as a muscle 4. having a ribbed or twilled surface, as corduroy 5. stacked in cords, as wood

**Cor·del·ia** (kôr dēl′yə) [prob. ult. < Celt. *Creiryddlydd*, lit., daughter of the sea] 1. a feminine name 2. in Shakespeare's *King Lear*, the youngest of Lear's three daughters, and the only one faithful to him

**Cor·de·lier** (kôr′də lir′) *n.* [ME. & OFr. < *cordelle*, dim. of *corde* (see CORD): so named from the knotted cord worn as girdle] 1. in France, a member of the Franciscan Observants 2. [after the Church of the *Cordeliers*, Paris, where the meetings were held] a member of a radical French Revolutionary political club

☆**cor·delle** (kôr del′) *n.* [Fr., dim. of *corde*, rope: see CORD] a towing rope, esp. as formerly used on Mississippi flatboats and keelboats —*vt.* **-delled′, -dell′ing** to tow with or as with a cordelle

**cor·dial** (kôr′jəl; Brit. kôrd′yəl) *adj.* [ME. < ML. *cordialis* < L. *cor* (gen. *cordis*), heart] 1. [Rare] stimulating the heart; invigorating; reviving 2. a) warm and friendly; hearty [a *cordial* hello] b) sincere; deeply felt [a *cordial* distaste for formality] —*n.* 1. [Rare] a medicine, food, or drink that stimulates the heart 2. an aromatic, syrupy, alcoholic drink; liqueur —*SYN.* see AMIABLE —**cor′dial·ly** *adv.* —**cor′dial·ness** *n.*

**cor·di·al·i·ty** (kôr′jē al′ə tē, kôr jal′-; Brit. -dē al′-) *n.* 1. cordial quality; warm, friendly feeling 2. *pl.* **-ties** a warm, friendly act or remark

**cor·di·er·ite** (kôr′dē ə rīt′) *n.* [after P. L. A. *Cordier* (1777–1861), Fr. geologist] a bluish crystalline mineral, Mg₂Al₄Si₅O₁₈, a silicate of magnesium and aluminum, with some iron in it: used sometimes as a gemstone

**cord·i·form** (kôr′də fôrm′) *adj.* [< L. *cor* (gen. *cordis*), heart + -FORM] heart-shaped

**cor·dil·le·ra** (kôr′dil yer′ə, kôr dil′ər ə) *n.* [Sp. < *cordilla*, dim. of *cuerda*, rope, cord < L. *chorda*: see CORD] a system or chain of mountains; esp., the principal mountain range of a continent —**cor·dil′le·ran** *adj.*

**Cor·dil·le·ras** (kôr′dil yer′əz, kôr dil′ər əz) 1. mountain system of W North America, including all mountains between the E Rockies & the Pacific coast 2. mountain system of W South America; Andes

**cord·ing** (-diŋ) *n.* the ribbed surface of corded cloth

**cord·ite** (-dīt′) *n.* [CORD + -ITE¹: so called from its stringy appearance] a smokeless explosive containing nitroglycerin, guncotton, petroleum jelly, and acetone

☆**cord·less** (kôrd′lis) *adj.* 1. lacking a cord 2. operated only or optionally by batteries, unlike models operated only by current from an outlet [a *cordless* electric shaver]

**Cór·do·ba** (kôr′də bə, -və; Sp. kôr′ᴛʜō bä) 1. city in NC Argentina: pop. 589,000 2. city in S Spain, on the Guadalquivir River: pop. 215,000

**cor·do·ba** (kôr′də bə) *n.* [Sp. *córdoba*: named after F. Fernández de *Córdoba*, 16th-c. Sp. explorer] the monetary unit of Nicaragua: see MONETARY UNITS, table

**cor·don** (kôr′d'n) *n.* [ME. & OFr., dim. of *corde*: see CORD] 1. a line or circle of police, soldiers, forts, ships, etc. stationed around an area to guard it 2. a cord, ribbon, or braid worn as a decoration or badge 3. a decorative, projecting band or molding, as of stone, along a wall; stringcourse —*vt.* to encircle or shut (*off*) with a cordon

‡**cor·don bleu** (kôr dōn blö′) [Fr.] 1. the blue ribbon formerly worn as an emblem by Knights of the Order of the Holy Ghost, the highest order of knighthood in France under the Bourbon monarchy 2. a very high distinction 3. a person entitled to wear the cordon bleu 4. any person highly distinguished in his field; specif., a very skilled chef

‡**cordon sa·ni·taire** (sȧ nē ter′) [Fr., lit., sanitary cordon] 1. a barrier restraining free movement of people or goods, so as to keep a disease, infection, etc. from spreading from one locality into another 2. a belt of countries serving to isolate another country and check its aggressiveness or lessen its influence

**Cor·do·va** (kôr′də və) *Eng. name of* CÓRDOBA

**Cor·do·van** (kôr′də vən) *adj.* [< Sp. *cordobán* < CÓRDOBA] 1. of Córdoba 2. [c-] made of cordovan —*n.* 1. a native or inhabitant of Córdoba 2. [c-] a fine-grained, colored leather, usually of split horsehide, but orig. made of goatskin at Córdoba, Spain 3. [c-] [*pl.*] shoes made of this leather

**cor·du·roy** (kôr′də roi′) *n.* [prob. < *cord* + obs. *duroy*, a coarse fabric formerly produced in England: hence, corded duroy] 1. a heavy cotton fabric with a piled, velvety surface, ribbed vertically 2. [*pl.*] trousers made of this fabric —*adj.* 1. made of, or ribbed like, corduroy ☆2. made of logs laid crosswise [a *corduroy* road]

**cord·wain** (kôrd′wān) *n.* [ME. & OFr. *cordewan* < Pr. *cordoan* < Sp. *cordobán*: see CORDOVAN] [Archaic] cordovan leather

**cord·wain·er** (-wān′ər) *n.* [ME. *cordwaner* < OFr. *cordouanier*: see prec.] [Archaic] a leatherworker who made things of cordovan, esp. shoes

**cord·wood** (-wood′) *n.* wood stacked or sold in cords

**core** (kôr) *n.* [ME. < OFr. *cor*, prob. < L. *cor*, heart] 1. the hard, central part of an apple, pear, etc., that contains the seeds 2. the central or innermost part of anything 3. the most important part, as of a matter, discussion, etc.; essence; pith 4. in foundry work, that part of a mold which forms the interior of a hollow casting 5. a sample cylindrical section of the earth's strata beneath the surface of land or water, obtained with a hollow drill 6. the region in the center of a nuclear reactor that contains the fissionable fuel 7. the board to which outer layers of veneer are attached 8. *Chem.* the nucleus together with the closed electron shells of an atom 9. *Elec.* a mass of iron placed inside a wire coil, serving to channel and increase the strength of the magnetic field resulting from current in the coil —*vt.* **cored, cor′ing** to remove the core of

**CORE** (kôr) Congress of Racial Equality

**co·re·la·tion** (kō′ri lā′shən) *n. same as* CORRELATION —**co·rel′a·tive** (-rel′ə tiv) *adj.* —**co·rel′a·tive·ly** *adv.*

**co·re·li·gion·ist** (kō′ri lij′ə nist) *n.* a person of the same religion or religious denomination

**Co·rel·li** (kō rel′ē; *It.* kō rel′lē), **Arc·an·ge·lo** (är kän′je lō) 1653–1713; It. composer & violinist

☆**co·re·op·sis** (kôr′ē äp′sis) *n.* [ModL. < Gr. *koris*, bug + *opsis*, appearance: so named from the shape of the fruit] any of a genus (*Coreopsis*) of plants of the composite family, having showy heads with yellow, crimson, or maroon ray flowers

**cor·er** (kôr′ər) *n.* a cutting or piercing instrument for removing the cores of apples, pears, etc.

**co·re·spond·ent** (kō′ri spän′dənt) *n.* [CO- + RESPONDENT] *Law* a person charged with having committed adultery with the wife or husband from whom a divorce is being sought —**co′re·spond′en·cy** *n.*

**corf** (kôrf) *n., pl.* **corves** (kôrvz) [ME. < MDu. & MLowG. < L. *corbis*, a basket] [Brit.] a basket or small cart, as for carrying coal, ore, etc. in mines

☆**Cor·fam** (kôr′fam) [arbitrary coinage] *a trademark for* a leatherlike, porous synthetic material, used for shoe uppers —*n.* this material

**Cor·fu** (kôr′foō; kôr foō′, -fyoō′) 1. one of the Ionian Islands, off the W coast of Greece: 229 sq. mi.; pop. (with small nearby islands) 102,000 2. its chief city, a seaport: pop. 27,000

**cor·gi** (kôr′gē) *n. same as* WELSH CORGI

**co·ri·a·ceous** (kôr′ē ā′shəs) *adj.* [LL. *coriaceus* < L. *corium*, hide: see CORIUM] of or like leather

**co·ri·an·der** (kôr′ē an′dər, kôr′ē an′dər) *n.* [ME. & OFr. *coriandre* < L. *coriandrum* < Gr. *koriandron*] 1. a European annual herb (*Coriandrum sativum*) of the parsley family 2.

fat, āpe, cär; ten, ēven; is, bīte; gō, hôrn, tōōl, look; oil, out; up, fur; get; joy; yet; chin; she; thin, *th*en; zh, leisure; ŋ, ring; ə for *a* in *ago*, *e* in *agent*, *i* in *sanity*, *o* in *comply*, *u* in *focus*; ʼ as in *able* (ā′b'l); Fr. bȧl; ë, Fr. coeur; ö, Fr. feu; Fr. mon; ö̱, Fr. coq; ü, Fr. duc; r̄, Fr. cri; H, G. ich; kh, G. doch. See inside front cover. ☆ Americanism; ‡foreign; *hypothetical; < derived from

MSI00002458