# EXHIBIT
# P

Case: 1:12-cv-03131-DAP Doc #: 34-16 Filed: 12/13/13 2 of 5. PageID #: 542



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

MSI00002444



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1995 by Merriam-Webster, Incorporated

Philippines Copyright 1995 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1995
423—dc20                                                        94-30967
                                                                                  CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

1112131415RMcN95

MSI00002445

[Column 1 - partial, left edge cut off]

...of health ⟨a serious heart ∼⟩ d : ...ness for use ⟨the car was in good ∼⟩ ...e pl, archaic : MANNERS, WAYS
...attendant circumstances 5 a obs
n-di-tion-ing \-'di-sh(ə-)niŋ\ vi (15c)
vt 1 : to agree by stipulating 2 : ...ut into a proper state for work or use ...rade of condition to 5 a: to adapt, ...rm to an environing culture b : to ...reviously associated with one stimu-...ther — con-di-tion-able \-sh(ə-)nə-)nər\ n
...\ adj (14c) 1 : subject to, ...ondition ⟨a ∼ promise⟩ 2 : express-...osition ⟨the ∼ clause if he speaks⟩ ...of the variables or symbols involved ...se when one or more random varia-...nts are known ⟨∼ frequency distribu-...reflex⟩ ⟨∼ response⟩ b : established ...iciting a conditioned response — con-...y n — con-di-tion-al-ly \-'dish-nə-lē,
...nditional word, clause, verb form, or
...) : the probability that a given event ...her event has taken place or will take
...ught or put into a specified state 2 ... nditioning
...NDOMINIUM 3
...ed; con-dol-ing [LL condolēre, fr. L ...1590) 1 obs : GRIEVE 2 : to express ...ic : LAMENT, GRIEVE — con-do-la-to-
...o \kän-də-\ n (1603) 1 : sympathy ...pression of sympathy syn see PITY
... drəm\ n [origin unknown] (ca. 1706)
... worn over the penis (as to prevent ...during coitus); also : a similar device
...əm\ n, pl -ums [NL, fr. L com- +
... a : joint dominion; esp : joint sover-
... a government operating under joint ... territory under condominium 3 : ...in a multiunit structure (as an apart-...in common (as a town house com-...a building containing condominiums ... n, -dō-\ n (1625) : implied pardon of ...e as if it had not been committed
...oned; con-don-ing [L condonare to ...ive — more at DONATION] (1857) : to ...esp : to treat as if trivial, harmless, or ... in politics⟩ syn see EXCUSE — con-
...n-don-er n
...óndor, fr. Quechua kuntur] (1604) 1 ...re (Vultur gryphus) of the high Andes
... and the plumage dull black with a ... patches on the wings b : CALIFORNIA
...-res \kən-'dōr,-ās,-'dòr-\ n : a coin (as ... the picture of a condor
...än-,dä-tē-'er-,\ n, pl -tie-ri \-ē\ [It, fr. ...r. fem. of condotto, pp. of condurre to ...794) 1 : a leader of a band of merce-... the 14th and 16th centuries; also : a ...rcenary soldier
...on-duced; con-duc-ing [ME, to con-... conduce, fr. com- + ducere to lead — ...tend to a particular and usu. desirable
...j (1646) : tending to promote or assist — con-du-cive-ness n
...alter. of conduit, fr. MF, act of leading, ... nducere] (15c) 1 obs : ESCORT, GUIDE ...carrying on : MANAGEMENT 3 : a ...havior esp. as based on moral princi-
...əkt\ vt (15c) 1 : to bring by or as if ...through a museum⟩ 2 a : to lead ...a siege⟩ ⟨∼ a class⟩ b : to direct or ...nagement of ⟨∼ an experiment⟩ c : ...c : to direct the performance of ⟨∼ an ...to convey in a channel b : to act as a ...in a controlled manner ∼ vi 1 of a ...way : LEAD 2 a : to act as leader or ...of transmitting light, heat, sound, or ...\kən-,dək-tə-'bi-lə-tē\ n — con-duct-
...L, DIRECT mean to use one's powers to ...UCT implies taking responsibility for ...up ⟨conducted negotiations⟩. MANAGE ...anipulating or maneuvering toward a ...market⟩. CONTROL implies a regulating ...within bounds or on a course ⟨control-...constant guiding and regulating so as ...irects the store's day-to-day business⟩.
...\ n (1885) 1 : conducting power 2 ...nductor transmits an electric current ...ctrical resistance
...(1534) 1 : the act of conducting or ...through or by means of a conductor; ...gh matter by communication of kinetic ...with no net displacement of the parti-

cles — compare CONVECTION, RADIATION b : CONDUCTIVITY 3 : the transmission of excitation through living tissue and esp. nervous tissue
con-duc-tion band n (1953) : the range of permissible energy values that allow an electron of an atom to dissociate from the atom and become a free charge carrier — compare VALENCE BAND
con-duc-tive \kən-'dək-tiv\ adj (1528) : having conductivity : relating to conduction (as of electricity)
con-duc-tiv-i-ty \,kän-,dək-'ti-və-tē, kən-\ n, pl -ties (1837) : the quality or power of conducting or transmitting: as a : the reciprocal of electrical resistivity b : the quality of living matter responsible for the transmission of and progressive reaction to stimuli
con-duc-to-met-ric also con-duc-ti-met-ric \kən-,dək-tə-'me-trik\ adj (ca. 1926) 1 : of or relating to the measurement of conductivity 2 : being or relating to titration based on determination of changes in the electrical conductivity of the solution
con-duc-tor \kən-'dək-tər\ n (15c) : one that conducts: as a : GUIDE b : a collector of fares in a public conveyance c : the leader of a musical ensemble d (1) : a material or object that permits an electric current to flow easily — compare INSULATOR, SEMICONDUCTOR (2) : a material capable of transmitting another form of energy (as heat or sound) — con-duc-to-ri-al \,kän-,dək-'tōr-ē-əl, kən-, -'tòr-\ adj
con-duc-tress \kən-'dək-trəs\ n (1624) : a woman who is a conductor
con-duit \'kän-,dü-ət, -,dyü- also -dwət, -dət\ n [ME — more at CONDUCT] (14c) 1 : a natural or artificial channel through which something (as a fluid) is conveyed 2 archaic : FOUNTAIN 3 : a pipe, tube, or tile for protecting electric wires or cables 4 : a means of transmitting ⟨a ∼ for illicit payments⟩ ⟨a ∼ of information⟩
con-du-pli-cate \(,)kän-'dü-pli-kət, -'dyü-\ adj [L conduplicatus, pp. of conduplicare to double, fr. com- + duplic-, duplex double — more at DUPLEX] (1777) : folded lengthwise ⟨∼ petals in the bud⟩
con-dy-lar \'kän-də-lər\ adj (1876) : of or relating to a condyle
con-dyle \'kän-,dīl also -d°l\ n [F & L; F, fr. L condylus knuckle, fr. Gk kondylos] (1634) : an articular prominence of a bone; esp : one resembling a pair of knuckles — con-dy-loid \-,dòid\ adj
con-dy-lo-ma \,kän-də-'lō-mə\ n, pl -ma-ta \-mə-tə\ also -mas [NL, fr. Gk kondylōma, fr. kondylos] (ca. 1526) : a warty growth on the skin or adjoining mucous membrane usu. near the anus and genital organs — con-dy-lo-ma-tous \-mə-təs\ adj
¹cone \'kōn\ n [MF & L; MF, fr. L conus, fr. Gk kōnos] (1545) 1 a : a solid generated by rotating a right triangle about one of its legs — called also right circular cone b : a solid bounded by a circular or other closed plane base and the surface formed by line segments joining every point of the boundary of the base to a common vertex — see VOLUME table c : a surface traced by a moving straight line passing through a fixed vertex 2 a : a mass of ovule-bearing or pollen-bearing scales or bracts in trees of the pine family or in cycads that are arranged usu. on a somewhat elongated axis b : any of several flower or fruit clusters suggesting a cone 3 : something that resembles a cone in shape: as a : any of the conical photosensitive receptor cells of the vertebrate retina that function in color vision — compare ROD 3 b : any of a family (Conidae) of tropical marine gastropod mollusks that inject their prey with a potent toxin c : the apex of a volcano d : a crisp usu. cone-shaped wafer for holding ice cream
²cone vt coned; con-ing (ca. 1859) 1 : to make cone-shaped 2 : to bevel the slanting surface of a cone ⟨∼ a tire⟩
cone-flow-er \'kōn-,flau(-ə)r\ n (ca. 1818) : any of several composite plants having cone-shaped flower disks; esp : RUDBECKIA
cone-nose \'kōn-,nōz\ n (ca. 1891) : any of various large bloodsucking bugs and esp. some assassin bugs (genus Triatoma) including some capable of inflicting painful bites — called also kissing bug
con es-pres-sio-ne \,kän-,es-(,)pre-sē-'ō-nē, ,kōn-, -'ō-(,)nā\ adv [It, lit., with expression] (ca. 1891) : with feeling — used as a direction in music
Con-es-to-ga wagon \,kä-nə-'stō-gə-\ n [Conestoga, Pa.] (1717) : a broad-wheeled covered wagon drawn usu. by six horses and used esp. for transporting freight across the prairies — called also Conestoga
co-ney \'kō-nē, 1 also 'kə-nē\ n, pl coneys [ME conies, pl., fr. OF conis, pl. of conil, fr. L cuniculus] (12c) 1 a : rabbit fur b (1) : RABBIT; esp : the European rabbit (Oryctolagus cuniculus) (2) : PIKA c : HYRAX 2 archaic : DUPE 3 : any of several fishes; esp : a dusky black-spotted reddish-finned grouper (Epinephelus fulvus) of the tropical Atlantic
con-fab \kən-'fab, 'kän-,\ vi con-fabbed; con-fab-bing (1741) : CONFABULATE — con-fab \'kän-,fab, kən-'\ n
con-fab-u-late \kən-'fa-byə-,lāt\ vi -lat-ed; -lat-ing [L confabulatus, pp. of confabulari, fr. com- + fabulari to talk, fr. fabula story — more at FABLE] (ca. 1604) 1 : CHAT 2 : to hold a discussion : CONFER 3 : to fill in gaps in memory by fabrication — con-fab-u-la-tion \kən-,fa-byə-'lā-shən\ n — con-fab-u-la-tor \kən-'fa-byə-,lā-tər\ n — con-fab-u-la-to-ry \-lə-,tōr-ē, -,tor-\ adj
con-fect \kən-'fekt\ vt [ME, fr. L confectus, pp. of conficere to prepare — more at COMFIT] (14c) 1 : to put together from varied material 2 a : PREPARE b : PRESERVE — con-fect \'kän-,\ n
con-fec-tion \kən-'fek-shən\ n (15c) 1 : the act or process of confecting 2 : something confected: as a : a fancy dish or sweetmeat; also : a sweet food b : a medicinal preparation usu. made with sugar, syrup, or honey c : a piece of fine craftsmanship
con-fec-tion-ary \-shə-,ner-ē\ n, pl -ar-ies (1605) 1 archaic : CONFECTIONER 2 : CONFECTIONERY 3 3 : SWEETS — confectionary adj
con-fec-tion-er \-sh(ə-)nər\ n (1591) : a manufacturer of or dealer in confections
confectioners' sugar n (ca. 1889) : a refined finely powdered sugar

con-fec-tion-ery \-shə-,ner-ē\ n, pl -er-ies (1769) 1 : sweet foods (as candy or pastry) 2 : the confectioner's art or business 3 : a confectioner's shop
con-fed-er-a-cy \kən-'fe-d(ə-)rə-sē\ n, pl -cies (14c) 1 : a league or compact for mutual support or common action : ALLIANCE 2 : a combination of persons for unlawful purposes : CONSPIRACY 3 : the body formed by persons, states, or nations united by a league; specif, cap : the 11 southern states seceding from the U.S. in 1860 and 1861
con-fed-er-al \-d(ə-)rəl\ adj (1782) : of or relating to a confederation
¹con-fed-er-ate \kən-'fe-d(ə-)rət\ adj [ME confederat, fr. LL confoederatus, pp. of confoederare to unite by a league, fr. L com- + foeder-, foedus compact — more at FEDERAL] (14c) 1 : united in a league : ALLIED 2 cap : of or relating to the Confederate States of America
²confederate n (15c) 1 : ALLY, ACCOMPLICE 2 cap : an adherent of the Confederate States of America or their cause
³con-fed-er-ate \-'fe-də-,rāt\ vb -at-ed; -at-ing vt (1531) : to unite in a confederacy ∼ vi : to band together — con-fed-er-a-tive \-'fe-d(ə-)rə-tiv, -də-,rā-\ adj
Confederate Memorial Day n (1899) : any of several days appointed for the commemoration of servicemen of the Confederacy
con-fed-er-a-tion \kən-,fe-də-'rā-shən\ n (15c) 1 : an act of confederating : a state of being confederated : ALLIANCE 2 : LEAGUE
con-fer \kən-'fər\ vb -ferred; -fer-ring [L conferre to bring together, fr. com- + ferre to carry — more at BEAR] vt (1570) 1 : to bestow from or as if from a position of superiority ⟨conferred an honorary degree on her⟩ ⟨knowing how to read was a gift conferred with manhood — Murray Kempton⟩ 2 : to give (as a property or characteristic) to someone or something ⟨a reputation for power will ∼ power — John Spanier⟩ ∼ vi : to compare views or take counsel : CONSULT syn see GIVE — con-fer-ment \-'fər-mənt\ n — con-fer-ra-ble \-'fər-ə-bəl\ adj — con-fer-ral \-'fər-əl\ n — con-fer-rer \-'fər-ər\ n
con-fer-ee \,kän-fə-'rē\ n (1771) : one taking part in a conference
con-fer-ence \'kän-f(ə-)rən(t)s, -fərn(t)s, for 2 usu kən-'fər-ən(t)s\ n (1527) 1 a : a meeting of two or more persons for discussing matters of common concern b : a usu. formal interchange of views : CONSULTATION c : a meeting of members of the two branches of a legislature to adjust differences d : CAUCUS 2 also con-fer-rence \kän-'fər-ən(t)s\ : BESTOWAL, CONFERMENT 3 a : a representative assembly or administrative organization of a religious denomination b : a territorial division of a religious denomination 4 : an association of athletic teams — con-fer-en-tial \,kän-fə-'ren(t)-shəl\ adj
conference call n (1941) : a telephone call by which a caller can speak with several people at the same time
con-fer-enc-ing \'kän-f(ə-)rən(t)-siŋ, -fərn(t)-\ n (1865) : the holding of conferences esp. by means of an electronic communications system ⟨computer ∼⟩
con-fess \kən-'fes\ vb [ME, fr. MF confesser, fr. OF, fr. confes having confessed, fr. L confessus, pp. of confitēri to confess, fr. com- + fatēri to confess; akin to L fari to speak — more at BAN] vt (14c) 1 : to tell or make known (as something wrong or damaging to oneself) : ADMIT 2 a : to acknowledge (sin) to God or to a priest b : to receive the confession of (a penitent) 3 : to declare faith in or adherence to : PROFESS 4 : to give evidence of ∼ vi 1 a : to disclose one's faults; specif : to unburden one's sins or the state of one's conscience to God or to a priest b : to hear a confession 2 : ADMIT, OWN syn see ACKNOWLEDGE — con-fess-able \-'fe-sə-bəl\ adj
con-fess-ed-ly \-'fe-səd-lē, -'fest-lē\ adv (1640) : by confession
con-fes-sion \kən-'fe-shən\ n (14c) 1 : an act of confessing; esp : a disclosure of one's sins in the sacrament of reconciliation 2 : a statement of what is confessed: as a : a written acknowledgment of guilt by a party accused of an offense b : a formal statement of religious beliefs : CREED 3 : an organized religious body having a common creed
¹con-fes-sion-al \-'fesh-nəl, -'fe-shə-n°l\ n (1727) 1 : a place where a priest hears confessions 2 : the practice of confessing to a priest
²confessional adj (1817) 1 : of, relating to, or being a confession esp. of faith 2 : of, relating to, or being intimately autobiographical ⟨∼ fiction⟩ — con-fes-sion-al-ism \-nə-,li-zəm\ n — con-fes-sion-al-ist \-list\ n — con-fes-sion-al-ly \-nə-lē, -n°l-ē\ adv
con-fes-sor \kən-'fe-sər, 1 & 3 also 'kän-,fe-sər, 3 also 'kän-fə-,sòr\ n (12c) 1 : one who confesses faith in Christ but does not suffer martyrdom 2 : one that confesses 3 a : a priest who hears confessions b : a priest who is one's regular spiritual guide
con-fet-ti \kən-'fe-tē\ n [It, pl. of confetto sweetmeat, fr. ML confectum, fr. L, neut. of confectus, pp. of conficere to prepare — more at COMFIT] (1815) : small bits or streamers of brightly colored paper made for throwing (as at weddings)
con-fi-dant \'kän-fə-,dänt also -,dant, -dənt\ n [F confident, fr. It confidente, fr. confidente confident, trustworthy, fr. L confident-, confidens] (1646) : one to whom secrets are entrusted; esp : INTIMATE
con-fi-dante \same as CONFIDANT\ n [F confidente, fem. of confident] (1696) : CONFIDANT; esp : one who is a woman
con-fide \kən-'fīd\ vb con-fid-ed; con-fid-ing [ME, fr. MF or L; MF confider, fr. L confidere, fr. com- + fidere to trust — more at BIDE] vi (15c) 1 : to have confidence : TRUST 2 : to show confidence by imparting secrets ∼ vt 1 : to tell confidentially 2 : to give to the care or protection of another : ENTRUST syn see COMMIT — con-fid-er n
¹con-fi-dence \'kän-fə-dən(t)s, -,den(t)s\ n (14c) 1 a : a feeling or consciousness of one's powers or of reliance on one's circumstances ⟨had perfect ∼ in her ability to succeed⟩ ⟨met the risk with brash ∼⟩ b : faith or belief that one will act in a right, proper, or effective way ⟨have ∼ in a leader⟩ 2 : the quality or state of being certain : CERTITUDE ⟨they had every ∼ of success⟩ 3 a : a relation of trust or intimacy ⟨took his friend into his ∼⟩ b : reliance on another's discretion ⟨their story was told in strictest ∼⟩ c : support esp. in a legislative body ⟨vote of ∼⟩ 4 : a communication made in confidence : SECRET syn CONFIDENCE, ASSURANCE, SELF-POSSESSION, APLOMB mean a state of

\ə\ abut  \ʼ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\aù\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ò\ law  \òi\ boy  \th\ thin  \t͟h\ the  \ü\ loot  \ù\ foot
\y\ yet  \zh\ vision  \ə, k, ⁿ, œ, œ̄, ū̇e, ī̇e, ʳ\ see Guide to Pronunciation

MSI00002446

⟨rebelled against the conventions of it anger or revulsion ⟨rebelled at the : opposition to one in authority or nd usu. unsuccessful defiance of or ment   **b** : an instance of such defi-

ING, REVOLT, INSURRECTION, MUTINY y, REBELLION implies an open formi- iccessful ⟨open *rebellion* against the : successful rebellion resulting in a ⟨a political *revolution* that toppled a brief, limited and often immedi- put down the *uprising*⟩. REVOLT and ising that quickly fails or succeeds surprised party leaders⟩ ⟨an *insur-* TINY applies to group insubordina- aval authority ⟨a *mutiny* led by the

: given to or engaged in rebellion :haracteristic of a rebel or rebellion nt or management : REFRACTORY — **-ness** *n*

high-pitched yell often uttered by il War 7)   **1 a** : a new or second birth :generation   **2** : RENAISSANCE, RE-

blochon, fr. F dial. (Savoy)] (1908) 'rench cheese

ant-, *reboans*, prp. of *reboare* to re- ., roar, fr. Gk *boan*, of imit. origin]

rn again : REGENERATED, REVIVED , fr. MF *rebondir*, fr. OF, fr. *re-* + | *vt* (14c)   **1 a** : to spring back on another body   **b** : to recover from **3** : to gain possession of a rebound :bound — **re·bound·er** \'rē-,baún-

)   **1 a** : the action of rebounding ovement : RECOVERY ⟨a sharp ~ in .ey puck that rebounds   **b** : the act of a basketball rebound ⟨leads the ack, frustration, or crisis ⟨on the ~

os [Sp, shawl, fr. *rebozar* to muffle, (assumed) VL *imbucciare*, fr. L in- f worn chiefly by Mexican women to form secondary branches

**-cast**, **-cast·ing** (1923)   **1** : to ion program being simultaneously to repeat (a broadcast) at a later

*r*. OIt *ribuffare* to reprimand, fr. eject or criticize sharply : SNUB —

t\; **-build·ing** *vt* (1537)   **1 , a** : to rRUCT ⟨~ a war-torn city⟩   **b** : to entories⟩   **2** : to make extensive ~ *vi* : to build again ⟨planned to ~

·buk·ing [ME, fr. ONF *rebuker*] EPRIMAND   **b** : to serve as a rebuke : CHECK   **syn** see REPROVE — **re-**

rong disapproval : REPRIMAND . pl. of *res* thing — more at REAL] r syllables by pictures of objects or the intended words or syllables in :h pictures or symbols

**tt·ing** [ME, MF *reboter*, fr. *re-* *t* (14c)   **1** : to drive or beat back bse by formal legal argument, plea, se the falsity of : REFUTE   ~ *vi* : to er proof — **re·but·ta·ble** \-'bə-tə-

act of rebutting esp. in a legal suit;

·, fr. OF *reboter* to rebut] (1540) · of fact to a plaintiff's surrejoinder

*n* (1856) : the state of being recal-

9) : RECALCITRANCE lcitrant-, *recalcitrans*, prp. of *recal-* fr. L, to kick back, fr. *re-* + *calci-* 43)   **1** : obstinately defiant of au- t to manage or operate   **b** : not NT ⟨this subject is ~ both to obser- impson⟩   **syn** see UNRULY — **re-**

call back ⟨was ~ed to active duty⟩ early years⟩   **c** : to remind one of the Elizabethan dramatists⟩   **re·call-** /E   **syn** see REMEMBER — **re·call· call·able** \-'kȯ-lə-bəl\ *adj* — **re-**

a call to return ⟨a ~ of workers edure by which an official may be : remembrance of what has been of revoking   **5** : a public call by a duct that may be defective or con-

**re·ca·mier** \,rā-käm-'yā\ *n* [fr. its appearance in a portrait of Mme. Récamier by Jacques-Louis David] (1924) : a sometimes backless couch with a high curved headrest and low footrest
**re·can·a·li·za·tion** \(,)rē-,ka-n°l-ə-'zā-shən\ *n* (1953) : the process of restoring flow to or reuniting an interrupted channel of a bodily tube (as a blood vessel or vas deferens) — **re·can·a·lize** \-kə-'na-,līz, -'ka-n°l-,īz\ *vt*
**re·cant** \ri-'kant\ *vb* [L *recantare*, fr. *re-* + *cantare* to sing — more at CHANT] *vt* (1535)   **1** : to withdraw or repudiate (a statement or belief) formally and publicly : RENOUNCE   **2** : REVOKE   ~ *vi* : to make an open confession of error   **syn** see ABJURE — **re·can·ta·tion** \,rē-,kan-'tā-shən\ *n*
¹**re·cap** \'rē-,kap\ *n* [by shortening] (ca. 1926) : RECAPITULATION
²**re·cap** \'rē-,kap, ri-'\ *vb* **re·capped**; **re·cap·ping** (1945) : RECAPITULATE
³**re·cap** \'rē-,kap\ *n* [⁴*recap*] (1940) : RETREAD 1
⁴**re·cap** \(,)rē-'kap\ *vt* **re·capped**; **re·cap·ping** [*re-* + ¹*cap*] (1941) : RETREAD — **re·cap·pa·ble** \-'ka-pə-bəl\ *adj*
**re·cap·i·tal·i·za·tion** \(,)rē-,ka-pə-t°l-ə-'zā-shən, -,kap-t°l-\ *n* (1920) : a revision of the capital structure of a corporation
**re·cap·i·tal·ize** \(,)rē-'ka-pə-t°l-,īz, -'kap-t°l-\ *vt* (1904) : to change the capital structure of
**re·ca·pit·u·late** \,rē-kə-'pi-chə-,lāt\ *vb* **-lat·ed**; **-lat·ing** [LL *recapitulatus*, pp. of *recapitulare* to restate by heads, sum up, fr. L *re-* + *capitulum* division of a book — more at CHAPTER] *vt* (1570) : to repeat the principal points or stages of   ~ *vi* : SUMMARIZE   ~ *vi* : SUM UP
**re·ca·pit·u·la·tion** \-,pi-chə-'lā-shən\ *n* (14c)   **1** : a concise summary **2** : the hypothetical occurrence in an individual organism's development of successive stages resembling the series of ancestral types from which it has descended so that the ontogeny of the individual is a recapitulation of the phylogeny of its group   **3** : the third section of a sonata form
¹**re·cap·ture** \(,)rē-'kap-chər\ *n* (1752)   **1 a** : the act of retaking   **b** : an instance of being retaken   **2** : the retaking of a prize or goods under international law   **3** : a government seizure under law of earnings or profits beyond a fixed amount
²**recapture** *vt* (1799)   **1 a** : to capture again   **b** : to experience again ⟨by no effort of the imagination could she ~ the ecstasy —Ellen Glasgow⟩   **2** : to take (as a portion of earnings or profits above a fixed amount) by law or through negotiations under law
**re·cast** \(,)rē-'kast\ *vt* **-cast**; **-cast·ing** (1603) : to cast again ⟨~ a gun⟩ ⟨~ a play⟩; *also* : REMODEL, REFASHION ⟨~s his political image to fit the times⟩ — **re·cast** \'rē-,kast, (,)rē-'\ *n*
**rec·ce** \'re-kē\ *n, often attrib* [by shortening & alter.] (1941) : RECONNAISSANCE
¹**re·cede** \ri-'sēd\ *vi* **re·ced·ed**; **re·ced·ing** [ME, fr. L *recedere* to go back, fr. *re-* + *cedere* to go] (15c)   **1 a** : to move back or away : WITHDRAW   **b** : to slant backward   **2** : to grow less or smaller : DIMINISH, DECREASE
   **syn** RECEDE, RETREAT, RETRACT, BACK mean to move backward. RECEDE implies a gradual withdrawing from a forward or high fixed point in time or space ⟨the flood waters gradually *receded*⟩. RETREAT implies withdrawal from a point or position reached ⟨*retreating* soldiers⟩. RETRACT implies drawing back from an extended position ⟨a cat *retracting* its claws⟩. BACK is used with *up*, *down*, *out*, or *off* to refer to any retrograde motion ⟨*backed* off on the throttle⟩.
²**re·cede** \(,)rē-'sēd\ *vt* [*re-* + *cede*] (1771) : to cede back to a former possessor
¹**re·ceipt** \ri-'sēt\ *n* [ME *receite*, fr. ONF, fr. ML *recepta*, prob. fr. L, neut. pl. of *receptus*, pp. of *recipere* to receive] (14c)   **1** : RECIPE   **2 a** *obs* : RECEPTACLE   **b** *archaic* : a revenue office   **3** : the act or process of receiving   **4** : something received — usu. used in pl.   **5** : a writing acknowledging the receiving of goods or money
²**receipt** *vt* (1787)   **1** : to give a receipt for or acknowledge the receipt of   **2** : to mark as paid
**re·ceiv·able** \ri-'sē-və-bəl\ *adj* (14c)   **1** : capable of being received   **2** : subject to call for payment ⟨notes ~⟩
**re·ceiv·ables** \-bəlz\ *n pl* (1863) : amounts of money receivable
**re·ceive** \ri-'sēv\ *vb* **re·ceived**; **re·ceiv·ing** [ME, fr. ONF *receivre*, fr. L *recipere*, fr. *re-* + *capere* to take — more at HEAVE] *vt* (14c)   **1** : to come into possession of : ACQUIRE ⟨~ a gift⟩   **2 a** : to act as a receptacle or container for ⟨the cistern ~s water from the roof⟩   **b** : to assimilate through the mind or senses ⟨~ new ideas⟩   **3 a** : to permit to enter : ADMIT   **b** : WELCOME, GREET   **c** : to react to in a specified manner   **4** : to accept as authoritative, true, or accurate : BELIEVE   **5 a** : to support the weight or pressure of : BEAR   **b** : to take (a mark or impression) from the weight of something ⟨some clay ~s clear impressions⟩   **c** : ACQUIRE, EXPERIENCE ⟨*received* his early schooling at home⟩ **d** : to suffer the hurt or injury of ⟨*received* a broken nose⟩   ~ *vi*   **1** : to be a recipient   **2** : to be at home to visitors ⟨~s on Tuesdays⟩   **3** : to convert incoming radio waves into perceptible signals   **4** : to prepare to take possession of the ball from a kick in football
**received** *adj* (15c) : generally accepted : COMMON ⟨a healthy skepticism about ~ explanations —B. K. Lewalski⟩
**Received Pronunciation** *n* (1869) : the pronunciation of Received Standard
**Received Standard** *n* (1913) : a traditionally prestigious form of English spoken at the English public schools, at the universities of Oxford and Cambridge, and by many educated British people elsewhere
**re·ceiv·er** \ri-'sē-vər\ *n* (14c) : one that receives: as   **a** : TREASURER   **b** (1) : a person appointed to hold in trust and administer property under litigation   (2) : a person appointed to settle the affairs of a business involving a public interest or to manage a corporation during reorganization   **c** : one that receives stolen goods : FENCE   **d** : a device for converting signals (as electromagnetic waves) into audio or visual form: as   (1) : a device in a telephone for converting electric impulses or varying current into sound   (2) : a radio receiver with a tuner and am-



recamier

plifier on one chassis   **e** (1) : CATCHER   (2) : a member of the offensive team in football eligible to catch a forward pass
**receiver general** *n, pl* **receivers general** (15c) : a public officer in charge of the treasury (as of Massachusetts)
**re·ceiv·er·ship** \ri-'sē-vər-,ship\ *n* (15c)   **1** : the office or function of a receiver   **2** : the state of being in the hands of a receiver
**receiving blanket** *n* (1926) : a small lightweight blanket used to wrap an infant (as after bathing)
**receiving end** *n* (1937) : the position of being a recipient or esp. a victim — usu. used in the phrase *on the receiving end*
**receiving line** *n* (1933) : a group of people who stand in a line and individually welcome guests (as at a wedding reception)
**re·cen·cy** \'rē-s°n(t)-sē\ *n* (1612) : the quality or state of being recent
**re·cen·sion** \ri-'sen(t)-shən\ *n* [L *recension-*, *recensio* enumeration, fr. *recensēre* to review, fr. *re-* + *censēre* to assess, tax — more at CENSOR] (ca. 1828)   **1** : a critical revision of a text   **2** : a text established by critical revision
**re·cent** \'rē-s°nt\ *adj* [ME, fr. MF or L; MF, fr. L *recent-*, *recens*; perh. akin to Gk *kainos* new] (15c)   **1 a** : having lately come into existence : NEW, FRESH   **b** : of or relating to a time not long past   **2** *cap* : HOLOCENE — **re·cent·ness** *n*
**re·cent·ly** *adv* (1533) : during a recent period of time : LATELY
**re·cep·ta·cle** \ri-'sep-ti-kəl\ *n* [ME, fr. L *receptaculum*, fr. *receptare* to receive, freq. of *recipere* to receive] (15c)   **1** : one that receives and contains something : CONTAINER   **2** [NL *receptaculum*, fr. L] **a** : the end of the flower stalk upon which the floral organs are borne   **b** : a modified branch bearing sporangia in a cryptogamous plant   **3** : a mounted female electrical fitting that contains the live parts of the circuit
**re·cep·tion** \ri-'sep-shən\ *n* [ME *recepcion*, fr. MF or L; MF *reception*, fr. L *reception-*, *receptio*, fr. *receptus*, pp. of *recipere*] (15c)   **1** : the act or action of receiving : as   **a** : RECEIPT ⟨the ~ and distribution of funds⟩ **b** : ADMISSION ⟨~ into the church⟩   **c** : RESPONSE, REACTION ⟨the play met with a mixed ~⟩   **d** : the receiving of a radio or television broadcast   **e** : the catching of a forward pass by a receiver   **2** : a social gathering often for the purpose of extending a formal welcome
**re·cep·tion·ist** \-sh(ə-)nist\ *n* (1901) : a person employed to greet telephone callers, visitors, patients, or clients
**re·cep·tive** \ri-'sep-tiv\ *adj* (15c)   **1** : able or inclined to receive; *esp* : open and responsive to ideas, impressions, or suggestions   **2 a** *of a sensory end organ* : fit to receive and transmit stimuli   **b** : SENSORY — **re·cep·tive·ly** *adv* — **re·cep·tive·ness** *n* — **re·cep·tiv·i·ty** \,rē-,sep-'ti-və-tē, ri-\ *n*
**re·cep·tor** \ri-'sep-tər\ *n* (1898)   **1** : RECEIVER: as   **a** : a cell or group of cells that receives stimuli : SENSE ORGAN   **b** : a chemical group or molecule (as a protein) on the cell surface or in the cell interior that has an affinity for a specific chemical group, molecule, or virus
¹**re·cess** \'rē-,ses, ri-'\ *n* [L *recessus*, fr. *recedere* to recede] (1531)   **1** : the action of receding : RECESSION   **2** : a hidden, secret, or secluded place or part   **3 a** : INDENTATION, CLEFT ⟨a deep ~ in the hill⟩   **b** : ALCOVE ⟨a ~ lined with books⟩   **4** : a suspension of business or procedure often for rest or relaxation ⟨children playing at ~⟩
²**recess** *vt* (1809)   **1** : to put into a recess ⟨~ed lighting⟩   **2** : to make a recess in   **3** : to interrupt for a recess   ~ *vi* : to take a recess
¹**re·ces·sion** \ri-'se-shən\ *n* (ca. 1652)   **1** : the act or action of receding : WITHDRAWAL   **2** : a departing procession (as of clergy and choir at the end of a church service)   **3** : a period of reduced economic activity — **re·ces·sion·ary** \-shə-,ner-ē\ *adj*
²**re·ces·sion** \(,)rē-'se-shən\ *n* [*re-* + *cession*] (1828) : the act of ceding back to a former possessor
¹**re·ces·sion·al** \ri-'sesh-nəl, -'se-shə-n°l\ *adj* (1867) : of or relating to a withdrawal
²**recessional** *n* (1867)   **1** : a hymn or musical piece at the conclusion of a service or program   **2** : ¹RECESSION 2
¹**re·ces·sive** \ri-'se-siv\ *adj* (ca. 1673)   **1 a** : tending to recede   **b** : WITHDRAWN   **2 a** : producing little or no phenotypic effect when occurring in heterozygous condition with a contrasting allele ⟨~ genes⟩ **b** : expressed only when the determining gene is in the homozygous condition ⟨~ traits⟩ — **re·ces·sive·ly** *adv* — **re·ces·sive·ness** *n*
²**recessive** *n* (1900)   **1** : an organism possessing one or more recessive characters   **2** : a recessive character or gene
**re·charge** \(,)rē-'chärj\ *vi* (1598)   **1** : to make a new attack   **2** : to regain energy or spirit   ~ *vt*   **1** : to charge again; *esp* : to restore anew the active materials in (a storage battery)   **2** : to inspire or invigorate afresh : RENEW — **re·charge** \'rē-,chärj, 'rē-'\ *n* — **re·charge·able** \(,)rē-'chär-jə-bəl\ *adj* — **re·charg·er** \-jər\ *n*
**ré·chauf·fé** \,rā-shō-'fā, -shō-,\ *n* [F, fr. *réchauffé* warmed-over, fr. pp. of *réchauffer* to warm over, fr. *ré-* re- + *chauffer* to warm, fr. MF *chaufer* — more at CHAFE] (1805)   **1** : REHASH   **2** : a warmed-over dish of food
**re·cheat** \ri-'chēt\ *n* [ME *rechate*, fr. *rechaten* to blow the recheat, fr. MF *rachater* to assemble, rally, fr. *re-* + *achater* to acquire, fr. (assumed) VL *acceptare* — more at CATE] (15c) : a hunting call sounded on a horn to assemble the hounds
**re·cher·ché** \rə-,sher-'shā, 'sher-,\ *adj* [F, fr. pp. of *rechercher* to seek out, fr. MF *rechercher* — more at RESEARCH] (1722)   **1 a** : EXQUISITE, CHOICE   **b** : EXOTIC, RARE   **2** : excessively refined : AFFECTED   **3** : PRETENTIOUS, OVERBLOWN
**re·cid·i·vism** \ri-'si-də-,vi-zəm\ *n* (1886) : a tendency to relapse into a previous condition or mode of behavior; *esp* : relapse into criminal behavior
**re·cid·i·vist** \-vist\ *n* [F *récidiviste*, fr. *récidiver* to relapse, fr. ML *recidivare*, fr. L *recidivus* recurring, fr. *recidere* to fall back, fr. *re-* + *cadere* to fall — more at CHANCE] (1880) : one who relapses; *specif* : an habitual criminal — **recidivist** *adj* — **re·cid·i·vis·tic** \-,si-də-'vis-tik\ *adj*
**rec·i·pe** \'re-sə-(,)pē\ *n* [L, take, imper. of *recipere* to take, receive — more at RECEIVE] (1584)   **1** : PRESCRIPTION 4a   **2** : a set of instructions

\ə\ abut   \ˀ\ kitten, F table   \ər\ further   \a\ ash   \ā\ ace   \ä\ mop, mar
\aú\ out   \ch\ chin   \e\ bet   \ē\ easy   \g\ go   \i\ hit   \ī\ ice   \j\ job
\ŋ\ sing   \ō\ go   \ȯ\ law   \ȯi\ boy   \th\ thin   \t͟h\ the   \ü\ loot   \ú\ foot
\y\ yet   \zh\ vision   \ä, k̇, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʳ\ see Guide to Pronunciation