# EXHIBIT
# S

# McGraw-Hill
# DICTIONARY OF
# SCIENTIFIC AND
# TECHNICAL
# TERMS

## Fourth Edition

89-129/ES

LIBRARY
KIRKLAND & ELLIS

DEC 0 9 2002

NEW YORK

MSI00002436

# McGraw-Hill
# DICTIONARY OF
# SCIENTIFIC AND
# TECHNICAL
# TERMS

## Fourth Edition



### Sybil P. Parker

EDITOR IN CHIEF

LIBRARY
KIRKLAND & ELLIS

DEC 0 9 2002

NEW YORK

**McGRAW-HILL BOOK COMPANY**

New York
St. Louis
San Francisco

| | |
|---|---|
| Auckland | Bogotá |
| Caracas | Colorado Springs |
| Hamburg | Lisbon |
| London | Madrid |
| Mexico | Milan |
| Montreal | New Delhi |
| Oklahoma City | Panama |
| Paris | San Juan |
| São Paulo | Singapore |
| Sydney | Tokyo |
| | Toronto |

MSI00002437

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Aerial photograph of the Sinai Peninsula made by Gemini spacecraft. (NASA)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Fourth Edition**
Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms.

    1. Science—Dictionaries.   2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34    1989    503'/21    88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

MSI00002438

when 1 mole of a substance is adsorbed upon another at constant pressure. { 'hēt əv ad'sörp·shən }

**heat of aggregation** [THERMO] The increase in enthalpy when an aggregate of matter, such as a crystal, is formed at constant pressure. { 'hēt əv ‚ag·rə'gā·shən }

**heat of association** [PHYS CHEM] Increase in enthalpy accompanying the formation of 1 mole of a coordination compound from its constituent molecules or other particles at constant pressure. { 'hēt əv ə‚sō·sē'ā·shən }

**heat of combustion** [PHYS CHEM] The amount of heat released in the oxidation of 1 mole of a substance at constant pressure, or constant volume. Also known as heat value; heating value. { 'hēt əv kəm'bəs·chən }

**heat of compression** [THERMO] Heat generated when air is compressed. { 'hēt əv kəm'presh·ən }

**heat of condensation** [THERMO] The increase in enthalpy accompanying the conversion of 1 mole of vapor into liquid at constant pressure and temperature. { 'hēt əv ‚kän·dən'sā·shən }

**heat of cooling** [THERMO] Increase in enthalpy during cooling of a system at constant pressure, resulting from an internal change such as an allotropic transformation. { 'hēt əv 'kül·iŋ }

**heat of crystallization** [THERMO] The increase in enthalpy when 1 mole of a substance is transformed into its crystalline state at constant pressure. { 'hēt əv ‚krist·əl·ə'zā·shən }

**heat of decomposition** [PHYS CHEM] The change in enthalpy accompanying the decomposition of 1 mole of a compound into its elements at constant pressure. { 'hēt əv dē‚käm·pə'zish·ən }

**heat of dilution** [PHYS CHEM] **1.** The increase in enthalpy accompanying the addition of a specified amount of solvent to a solution of constant pressure. Also known as integral heat of dilution; total heat of dilution. **2.** The increase in enthalpy when an infinitesimal amount of solvent is added to a solution at constant pressure. Also known as differential heat of dilution. { 'hēt əv də'lü·shən }

**heat of dissociation** [PHYS CHEM] The increase in enthalpy at constant pressure, when molecules break apart or valence linkages rupture. { 'hēt əv di‚sō·sē'ā·shən }

**heat of emission** [ELECTR] Additional heat energy that must be supplied to an electron-emitting surface to maintain it at a constant temperature. { 'hēt əv i'mish·ən }

**heat of evaporation** See heat of vaporization. { 'hēt əv i‚vap·ə'rā·shən }

**heat of formation** [PHYS CHEM] The increase in enthalpy resulting from the formation of 1 mole of a substance from its elements at constant pressure. { 'hēt əv för'mā·shən }

**heat of fusion** [THERMO] The increase in enthalpy accompanying the conversion of 1 mole, or a unit mass, of a solid to a liquid at its melting point at constant pressure and temperature. Also known as latent heat of fusion. { 'hēt əv 'fyü·zhən }

**heat of hydration** [PHYS CHEM] The increase in enthalpy accompanying the formation of 1 mole of a hydrate from the anhydrous form of the compound and from water at constant pressure. { 'hēt əv hī'drā·shən }

**heat of ionization** [PHYS CHEM] The increase in enthalpy when 1 mole of a substance is completely ionized at constant pressure. { 'hēt əv ‚ī·ən·ə'zā·shən }

**heat of linkage** [PHYS CHEM] The bond energy of a particular type of valence linkage between atoms in a molecule, as determined by the energy required to dissociate all bonds of the type in 1 mole of the compound divided by the number of such bonds in a compound. { 'hēt əv 'liŋk·ij }

**heat of mixing** [THERMO] The difference between the enthalpy of a mixture and the sum of the enthalpies of its components at the same pressure and temperature. { 'hēt əv 'mik·siŋ }

**heat of reaction** [PHYS CHEM] **1.** The negative of the change in enthalpy accompanying a chemical reaction at constant pressure. **2.** The negative of the change in internal energy accompanying a chemical reaction at constant pressure. { 'hēt əv rē'ak·shən }

**heat of solidification** [THERMO] The increase in enthalpy when 1 mole of a solid is formed from a liquid or, less commonly, a gas at constant pressure and temperature. { 'hēt əv sə‚lid·ə·fə'kā·shən }

**heat of solution** [PHYS CHEM] The enthalpy of a solution minus the sum of the enthalpies of its components. Also known as integral heat of solution; total heat of solution. { 'hēt əv sə'lü·shən }

**heat of sublimation** [THERMO] The increase in enthalpy accompanying the conversion of 1 mole, or unit mass, of a solid to a vapor at constant pressure and temperature. Also known as latent heat of sublimation. { 'hēt əv ‚səb·lə'mā·shən }

**heat of transformation** [THERMO] The increase in enthalpy of a substance when it undergoes some phase change at constant pressure and temperature. { 'hēt əv ‚tranz·fər'mā·shən }

**heat of vaporization** [THERMO] The quantity of energy required to evaporate 1 mole, or a unit mass, of a liquid, at constant pressure and temperature. Also known as enthalpy of vaporization; heat of evaporation; latent heat of vaporization. { 'hēt əv ‚vār·pə·rə'zā·shən }

**heat of wetting** [THERMO] **1.** The heat of adsorption of water on a substance. **2.** The additional heat required, above the heat of vaporization of free water, to evaporate water from a substance in which it has been absorbed. { 'hēt əv 'wed·iŋ }

**heat pipe** [ENG] A heat-transfer device consisting of a sealed metal tube with an inner lining of wicklike capillary material and a small amount of fluid in a partial vacuum; heat is absorbed at one end by vaporization of the fluid and is released at the other end by condensation of the vapor. { 'hēt ‚pīp }

**heat pump** [MECH ENG] A device which transfers heat from a cooler reservoir to a hotter one, expending mechanical energy in the process, especially when the main purpose is to heat the hot reservoir rather than refrigerate the cold one. { 'hēt ‚pəmp }

**heat quantity** [THERMO] A measured amount of heat; units are the small calorie, normal calorie, mean calorie, and large calorie. { 'hēt ‚kwän·əd·ē }

**heat radiation** [THERMO] The energy radiated by solids, liquids, and gases in the form of electromagnetic waves as a result of their temperature. Also known as thermal radiation. { 'hēt ‚rād·ē'ā·shən }

**heat rash** See miliaria. { 'hēt ‚rash }

**heat rate** [MECH ENG] An expression of the conversion efficiency of a thermal power plant or engine, as heat input per unit of work output; for example, Btu/kWhr. { 'hēt ‚rāt }

**heat reactor** [NUCLEO] A nuclear reactor designed primarily to supply heat for industrial purposes. { 'hēt rē'ak·tər }

**heat release** [THERMO] The quantity of heat released by a furnace or other heating mechanism per second, divided by its volume. { 'hēt ri‚lēs }

**heat resistance** See thermal resistance. { 'hēt ri‚zis·təns }

**heat-resistant alloy** [MET] An oxidation-resistant alloy. { 'hēt ri‚zis·tənt 'al‚ói }

**heat-resistant glass** [MATER] Glass, such as borosilicate glass, that is heat-treated or leached to remove alkali so that it withstands high heat and sudden cooling without shattering. { 'hēt ri‚zis·tənt 'glas }

**heat run** [ELEC] A series of temperature measurements made on an electric device during operating tests under various conditions. { 'hēt ‚rən }

**heat seal** [ENG] A union between two thermoplastic surfaces by application of heat and pressure to the joint. { 'hēt ‚sēl }

**heatseeker** [ORD] A guided missile incorporating an infrared device for homing on heat-radiating machines or installations, such as an aircraft engine or a blast furnace. { 'hēt ‚sēk·ər }

**heat set** [TEXT] A process to fix or set a crimp or texture in yarn by use of heat. { 'hēt ‚set }

**heat shield** [MATER] Any protective layer that gives protection from heat; used on the front of a reentry capsule. { 'hēt ‚shēld }

**heat-shrinkable tubing** [MATER] A type of plastic tubing that can be heated and shrink-fitted over terminals and other objects of varying sizes and shapes, for insulating and other purposes. { 'hēt ‚shriŋk·ər·bəl 'tüb·iŋ }

**heat shunt** [MET] A heatsink placed in contact with the lead of a delicate component to prevent overheating during soldering. { 'hēt ‚shənt }

**heatsink** [AERO ENG] **1.** A type of protective device capable of absorbing heat and used as a heat shield. **2.** In nuclear propulsion, any thermodynamic device, such as a radiator or condenser, that is designed to absorb the excess heat energy of the working fluid. Also known as heat dump. [ELEC] A mass of metal that is added to a device for the purpose of absorbing and dissipating heat; used with power transistors and

**heatsink cooling**                                                              **heavy-fermion superconductor**    **867**

many types of metallic rectifiers. Also known as dissipator. [THERMO]. Any (gas, solid, or liquid) region where heat is absorbed. { 'hēt‚siŋk }

**heatsink cooling** [ENG] Cooling a body or system by allowing heat to be absorbed from it by another body. { 'hēt‚siŋk ‚küliŋ }

**heat source** [THERMO] Any device or natural body that supplies heat. { 'hēt ‚sȯrs }

**heat sterilization** [ENG] An act of destroying all forms of life and in bacteriological media, foods, hospital supplies, and other materials by means of moist or dry heat. { 'hēt ‚ster·ə·lə′zā·shən }

**heat storage** [OCEANOGR] The tendency of the ocean to act as a heat reservoir; results in smaller daily and annual variations in temperature over the sea. { 'hēt ‚stȯr·ij }

**heat stress index** [PHYSIO] Relation of the amount of evaporation or perspiration required for particular job conditions as related to the maximum evaporative capacity of an average person. Abbreviated HSI. { 'hēt ‚stres ‚in‚deks }

**heatstroke** [MED] A heat-exposure syndrome characterized by hyperpyrexia and prostration due to diminution or cessation of sweating, occurring most commonly in persons with underlying disease. { 'hēt‚strōk }

**heat thunderstorm** [METEOROL] In popular terminology, a thunderstorm of the air mass type which develops near the end of a hot, humid summer day. { 'hēt ‚thən·dər‚stȯrm }

**heat time** [MET] Duration of a single current impulse in pulsation welding. { 'hēt ‚tīm }

**heat tinting** [MET] Oxidation of a polished metal surface by heating to reveal the microstructure. { 'hēt ‚tint·iŋ }

**heat transfer** [THERMO] The movement of heat from one body to another (gas, liquid, solid, or combinations thereof) by means of radiation, convection, or conduction. { 'hēt ‚tranz·fər }

**heat-transfer coefficient** [THERMO] The amount of heat which passes through a unit area of a medium or system in a unit time when the temperature difference between the boundaries of the system is 1 degree. { 'hēt ‚tranz·fər ‚kō·i′fish·ənt }

**heat-transfer oil** [MATER] An oil used to transport heat or cold between two areas of process-equipment surface, and especially compounded to avoid heat degradation in the temperature range of application. { 'hēt ‚tranz·fər ‚ȯil }

**heat transmission** See heat flow. { 'hēt tranz‚mish·ən }

**heat transport** [THERMO] Process by which heat is carried past a fixed point or across a fixed plane, as in a warm current. { 'hēt ‚tranz‚pȯrt }

**heat-treatable alloy** [MET] An alloy that can be hardened by thermal treatment. { 'hēt ‚trēd·ə·bəl ′al‚ȯi }

**heat-treating film** [MET] An oxide coating formed on a metal surface by heat treating. { 'hēt ‚trēd·iŋ ‚film }

**heat treatment** [MET] Heating and cooling a metal or alloy to obtain desired properties or conditions. { 'hēt ‚trēt·mənt }

**heat value** See heat of combustion. { 'hēt ‚val·yü }

**heat wave** [ELECTROMAG] Infrared radiation, much higher in frequency than radio waves. [METEOROL] A period of abnormally and uncomfortably hot and usually humid weather; the condition must prevail at least 1 day to be a heat wave, but conventionally the term is reserved for periods of several days to several weeks. Also known as hot wave; warm wave. { 'hēt ‚wāv }

**heave** [GEOL] **1.** The horizontal component of the slip, measured at right angles to the strike of the fault. [MIN ENG] A rising of the floor of a mine caused by its being too soft to resist the weight on the pillars. **2.** A predominantly upward movement of the surficial soil due to expansion or displacement. [OCEANOGR] The motion imparted to a floating body by wave action. { hēv }

**heave compensator** [PETRO ENG] A motion compensator on a floating offshore drilling rig that moves with vertical motion to maintain a constant pressure on the drilling bit. { 'hēv käm‚pən‚sād·ər }

**heavenly body** See celestial body. { 'hev·ən·lē 'bäd·ē }

**heaves** [VET MED] Chronic emphysema in horses marked by labored breathing due to overdistension of the alveoli. Also known as broken wind. { hēvz }

**heave to** [NAV] To bring a ship into such a position that there is no headway. { ‚hēv 'tü }

**heavier-than-air craft** [AERO ENG] Any aircraft weighing more than the air it displaces. { 'hev·ē·ər than 'er ‚kraft }

**heaving** [NAV ARCH] Vertical motion of a ship, as distinguished from pitching. [PETRO ENG] Partial or total collapse of drill hole walls resulting from internal pressures mainly due to swelling from hydration or formation gas pressures. { 'hēv·iŋ }

**heaving plug** [PETRO ENG] A plug at the bottom of an oil well which stops unconsolidated sand from mixing with the oil. { 'hēv·iŋ ‚pləg }

**Heaviside calculus** [MATH] A type of operational calculus that is used to completely analyze a linear dynamical system which represents some vibrating physical system. { 'hev·ē‚sīd ‚kal·kyə·ləs }

**Heaviside layer** See E layer. { 'hev·ē‚sīd ‚lā·ər }

**Heaviside-Lorentz system** [ELECTROMAG] A system of electrical units which is the same as the Gaussian system except that the units of charge and current are smaller by a factor of $1/\sqrt{4\pi}$, and those of electric and magnetic field are larger by a factor by $\sqrt{4\pi}$. Also known as Lorentz-Heaviside system. { 'hev·ē‚sīd lȯ′rents ‚sis·təm }

**Heaviside's expansion theorem** [MATH] A theorem providing an infinite series representation for the inverse Laplace transforms of functions of a particular type. { 'hev·ē‚sīdz ik′span·chən ‚thir·əm }

**Heaviside unit function** [MATH] The real function $f(x)$ whose value is 0 if $x$ is negative and whose value is 1 otherwise. { 'hev·ē‚sīd 'yü·nət ‚fəŋk·shən }

**heavy acid** See phosphotungstic acid. { 'hev·ē ‚as·əd }

**heavy alloy** [MET] A tungsten-nickel alloy produced by pressing and sintering the metallic powders; used for screens for x-ray tubes and radioactivity units and for contact surfaces of circuit breakers. { 'hev·ē ′al‚ȯi }

**heavy antiaircraft artillery** [ORD] Conventional antiaircraft artillery pieces larger than 90-millimeter, the weight of which in a trailed mount is greater than 40,000 pounds (18,000 kilograms). { 'hev·ē ‚an·tē′er‚kraft är′til·ə·rē }

**heavy artillery** [ORD] Artillery other than antiaircraft artillery; consists of howitzers and longer-barreled cannon not classified as medium artillery. { 'hev·ē är′til·ə·rē }

**heavy bombardment** [ORD] A bombardment of great intensity, especially one with large aerial bombs or other missiles. { 'hev·ē bäm′bärd·mənt }

**heavy bomber** [AERO ENG] Any large bomber considered to be relatively heavy, such as a bomber having a gross weight, including bomb load, of 250,000 pounds (113,000 kilograms) or more, as the B-36 and the B-52. { 'hev·ē ′bäm·ər }

**heavy chain** [IMMUNOL] The heavier of the two types of polypeptide chains occurring in immunoglobulin molecules, its molecular weight range being 50,000–70,000. Also known as A chain; H chain. { 'hev·ē ′chān }

**heavy concrete** [MATER] Concrete in which some or all rock aggregate is replaced by metal aggregate. { 'hev·ē käŋ′krēt }

**heavy crude** [PETRO ENG] Crude oil having a high proportion of viscous, high-molecular-weight hydrocarbons, and often having a high sulfur content. { 'hev·ē ′krüd }

**heavy cruiser** [NAV ARCH] A warship designed to operate with strike, antisubmarine-warfare, or amphibious forces against air and surface threats. { 'hev·ē ′krüz·ər }

**heavy drop** [ORD] An airdrop in which heavy articles, such as trucks or artillery pieces, are dropped by parachute. { 'hev·ē ′dräp }

**heavy-duty** [ENG] Designed to withstand excessive strain. { 'hev·ē ′düd·ē }

**heavy-duty car** [MECH ENG] A railway motorcar weighing more than 1400 pounds (635 kilograms), propelled by an engine of 12–30 horsepower (8900–22,400 watts), and designed for hauling heavy equipment and for hump-yard service. { 'hev·ē ′düd·ē ‚kär }

**heavy-duty oil** [MATER] Lubricating oil with good oxidation stability and corrosion-preventive and detergent-dispersant characteristics; used in high-speed diesel and gasoline engines under heavy-duty service conditions. { 'hev·ē ′düd·ē ‚ȯil }

**heavy-duty tool block** See open-side tool block. { 'hev·ē ′düd·ē ‚tül ‚bläk }

**heavy ends** [MATER] The highest boiling portion of a petroleum fraction. { 'hev·ē ‚enz }

**heavy-fermion superconductor** [SOLID STATE] A superconductor in which the superconducting electrons have unusually large effective masses, more than 100 times the mass of a free electron. { 'hev·ē ′fər‚mē‚än ‚sü·pər·kən‚dək·tər }

MSI00002440